IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW JOHNSON,<br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division,<br>Respondent. | §<br>§<br>§<br>§<br>§  No. 3:19-CV-2310-E<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Matthew Lee Johnson has filed a motion for leave to proceed *In Forma Pauperis* accompanied by a certified copy of his inmate trust account statement. Johnson's inmate trust account statement states that he currently has less than twenty dollars available to pay the five-dollar filing fee in this habeas corpus action.

28 U.S.C. § 1915(a) authorizes this Court to permit the commencement of a suit or action without prepayment of fees or security therefor by a person who submits an affidavit that includes a statement of all assets the prisoner possesses. Johnson's motion and accompanying inmate trust account statement collectively satisfy the standard. The average monthly balance in his inmate trust account over the past six months was less than twenty-one dollars. This Court routinely grants leave to proceed *In Forma Pauperis* if the average six-month balance of an inmate's trust account and other financial resources are less than fifty dollars. N.D. TEX. MISC. ORDER NO. 6, Rule 2a(4)(a)(ii) (May 5, 2005). Petitioner's motion for leave to proceed *In Forma Pauperis*, filed November 4, 2019 (Doc. 7), is **GRANTED.**

SIGNED November 22, 2019.

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**