UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW JOHNSON, | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 3:19-CV-2310-E |
| BOBBY LUMPKIN, Director, | § § § | |
| Respondent. | § | |

# **ORDER**

The matters before the Court are (1) Respondent's unopposed motion to substitute counsel (Doc. No. 24), and (2) Respondent's unopposed motion for extension of time within which to respond to Matthew Johnson's original petition (Doc. No. 25), both filed on December 4, 2020.

It is hereby ORDERED that:

1. Respondent's unopposed first motion for extension of time within which to respond to Johnson's original petition, filed December 4, 2020 (Doc. No. 25), is GRANTED.

2. On or before February 8, 2021, Respondent shall file his responsive pleading to Johnson's original petition. In all other respects the terms and provisions of the latest scheduling order (Doc. No. 20), filed June 17, 2020, remain in full force and effect.

3. Respondent's unopposed motion to substitute counsel, filed December 4, 2020 (Doc. No. 24), is GRANTED.

4. The request of Respondent's current counsel, Assistant Texas Attorney General Adham Bissar to withdraw is GRANTED; Assistant Texas Attorney General Garrett Greene is permitted to substitute in and henceforth is Respondent's counsel of record. The Clerk shall note the

1

substitution.

**SIGNED December 9, 2020.**

                                                **ADA BROWN**
                                                **UNITED STATES DISTRICT JUDGE**