1        REPORTER'S RECORD

2        VOLUME 54 OF 57 VOLUMES

3        TRIAL COURT CAUSE NO. F12-23749-W

4        COURT OF CRIMINAL APPEALS NUMBER:  AP-77,030

5   THE STATE OF TEXAS          :          IN THE 363RD JUDICIAL

6   VS.                         :          DISTRICT COURT OF

7   MATTHEW LEE JOHNSON         :          DALLAS COUNTY, TEXAS

8

9

10               **EXHIBIT VOLUME**

11

12

13

14

15               * * * * * * * * * * *

16

17

18

19       On the 4th day of October, 2012 through November 8th,

20   2013, the following proceedings came on to be heard in the

21   above-entitled and numbered cause before the Honorable Joe

22   Clayton, Honorable Webb Biard and Honorable Tracy Holmes, Judge

23   Presiding, held in Dallas, Dallas County, Texas:

24       Proceedings reported by machine shorthand computer

25   assisted transcription.

```
 1  A P P E A R A N C E S:

 2  HONORABLE CRAIG WATKINS, Criminal Dist0rict Attorney
         Crowley Criminal Courts Building
 3       133 North Riverfront Boulevard
         Dallas, Dallas County, Texas 75207
 4       Phone:  214-653-3600

 5  BY:   MS. ANDREA MOSELEY, A.D.A., SBOT # 24007211
         MS. ELAINE EVANS, A.D.A., SBOT # 24032880
 6       MS. RAQUEL "ROCKY" JONES, A.D.A., SBOT # 24004724
         MS. CHRISTINE WOMBLE, A.D.A., SBOT # 24035991

 7
                FOR THE STATE OF TEXAS;
 8

 9

10  MS. CATHERINE BERNHARD, Attorney at Law, SBOT # 02216575
         P.O. Box 2817
11       Red Oak, Texas 75154
         Phone:  972-617-5548
12
    MR. KENNETH WEATHERSPOON, Attorney at Law, SBOT #21004100
13       325 North St. Paul Street, Suite 2475
         Dallas, Texas 75201
14       Phone:  214-922-0212

15  MS. NANCY MULDER, Attorney at Law, SBOT # 00792971
         2214 Main Street
16       Dallas, Texas 75201
         Phone:  214-764-7246
17
                FOR THE DEFENDANT.
18

19

20

21

22

23

24

25
```

1

2

3

4

5

6

7

8

9

10              State's Voir Dire Exhibit Number *1

11                  NCIC Sandra Rodriguez

12                    (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
DATE: 07-05-2013 11:29:56 AM     Type: Recv

SUBJECT:    QH FROM NCIC - QH: RODRIGUEZ,SANDRA, 19660122
Message:
Reference: 03T2000006
Msg ID   : 03T2000006
Msg Key  : QH
Date/Time: 20130705112946
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : DLYQ
Control  : TMS
Summary  : QH: RODRIGUEZ,SANDRA, 19660122

TXT: 3L01DLYQ TMS
TX057015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/RODRIGUEZ,SANDRA SEX/F RAC/W
 DOB/19660122 PUR/C
NAME                              FBI NO.       INQUIRY DATE
GUERRERO,SANDRA HOYOS             696423EA7     2013/07/05

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
F    W   1966/01/22  500    111    BRO  BLK  N


BIRTH PLACE
MEXICO

FINGERPRINT CLASS        PATTERN CLASS
18 PM 15 23 16           RS WU RS RS RS WU RS LS LS WU
PM 52 15 19 17           WU RS    WU       AU    WU LS


ALIAS NAMES
GUERRERO,SANDRA                RODRIGUEZ,SANDRA

SCARS-MARKS-
TATTOOS        SOCIAL SECURITY
SC L HND       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

IDENTIFICATION DATA UPDATED 2010/05/12

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FBI           - FBI/696423EA7

END - 1ST NCIC III RECORD FOR MULTIPLE RESPONSE

NAME                              FBI NO.       INQUIRY DATE
RODRIGUEZ,SANDRA M                101833JC6     2013/07/05

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
F    W   1969/01/22  502    180    BRO  BRO  N

BIRTH PLACE
TEXAS

FINGERPRINT CLASS        PATTERN CLASS
                         UC UC UC UC UC UC UC UC UC UC
                         UC UC UC UC UC UC UC UC UC UC
                         UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
RODRIGUEZ,SANDRA MURILLO       RODRIQUEZ,SANDRA M

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 2013/04/14

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 TEXAS         - STATE ID/TX07516477

END - LAST NCIC III RECORD FOR MULTIPLE RESPONSE

                              Page 1
```

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MRI: 5244913 IN: NCIC 114854 AT 05JUL2013 11:29:46
OUT: DLYQ 2 AT 05JUL2013 11:29:48

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.

```
DATE: 07-05-2013 11:29:52 AM    Type: Sent

SUBJECT:    QH: RODRIGUEZ,SANDRA, 19660122
Message:
Reference: 03T2000006
Msg ID   : 03T2000006
Msg Key  : QH
Date/Time: 20130705112952
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   :
Control  : TMS
Summary  : QH: RODRIGUEZ,SANDRA, 19660122

NAM: RODRIGUEZ,SANDRA DOB: 19660122 SEX: F RAC: W PUR: C REQ: ADA A MOSELEY
OPR: INV T SILVA RFI: F12-23749
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

```
DATE: 07-05-2013 11:31:25 AM      Type: Recv

SUBJECT:    QR FROM NCIC - QR: 696423EA7
Message:
Reference: 03T200000A
Msg ID   : 03T200000A
Msg Key  : QR
Date/Time: 20130705113116
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : DLYQ
Control  : TMS
Summary  : QR: 696423EA7

TXT: FL01DLYQ TMS
TX057015A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/696423EA7. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
  FBI               - FBI/696423EA7
  END

MRI: 5247287 IN: NCIC 115283 AT 05JUL2013 11:31:16
OUT: DLYQ 4 AT 05JUL2013 11:31:16

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
DATE: 07-05-2013 11:31:28 AM     Type: Recv

SUBJECT:    CR FROM NLET - QR: 696423EA7
Message:
Reference: 03T200000A
Msg ID   : 03T200000A
Msg Key  : CR
Date/Time: 20130705113117
Ent Agy  :
Requester:
User     :
ORI      : WVFBINF00
Source   : NLET
Dest     : DLYQ
Control  : TMS
Summary  : QR: 696423EA7

TXT: CR.WVFBINF00
09:31 07/05/2013 16028
09:31 07/05/2013 58580 TX057015A
*TMS
TXT
 HDR/2L01000F,MR05247272
ATN/INV T SILVA
********************* CRIMINAL HISTORY RECORD ***********************

DATA AS OF              2013-07-05

************************* INTRODUCTION ***************************

THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:

FBI NUMBER              696423EA7
REQUEST ID              MR05247272
PURPOSE CODE            C
ATTENTION               INV T SILVA

THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:

THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-696423EA7.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. (US; 2013-07-05)
ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL. (US;
2013-07-05)
THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED. (US;
2013-07-05)

************************* IDENTIFICATION ***************************

SUBJECT NAME(S)

GUERRERO, SANDRA HOYOS
GUERRERO, SANDRA   (AKA)
RODRIGUEZ, SANDRA  (AKA)

SUBJECT DESCRIPTION

FBI NUMBER              STATE ID NUMBER
696423EA7               UNKNOWN (XX)

SOCIAL SECURITY NUMBER
458492304

SEX                     RACE
FEMALE                  WHITE

HEIGHT                  WEIGHT              DATE OF BIRTH
5'00"                   111                 1966-01-22

HAIR COLOR              EYE COLOR           FINGERPRINT PATTERN
BLACK                   BROWN               18PM152316PM52151917 (FPC)
        18PM152316PM52151917 (FPC)

SCARS, MARKS, AND TATTOOS
CODE                    DESCRIPTION, COMMENTS, AND IMAGES
                        Page 1
```

```
SC L HND                    , SCAR ON LEFT HAND


PLACE OF BIRTH
MM
FINGERPRINT IMAGES

PHOTO IMAGES
PHOTO IMAGE AVAILABLE           USINS BORDER PATROL DEL RIO TXINS0100
AVAILABLE IMAGE                 OTHER
(NO PHOTO IMAGE TRANSMITTED
COMMENT:ARRESTING AGENCY HAS PHOTO ASSOCIATED
                    WITH ARREST DATE OF 1985/11/28


************************* CRIMINAL HISTORY *************************

============================ CYCLE 1 ============================
EARLIEST EVENT DATE      1985-11-28
------------------------------------------------------------------
ARREST DATE              1985-11-28
ARREST CASE NUMBER       A18399850
ARRESTING AGENCY         TXINS0100 USINS BORDER PATROL DEL RIO
CHARGE                   01
        CHARGE LITERAL   TRANSPORTING ILLEGAL ALIENS
               AGENCY    TXINS0100 USINS BORDER PATROL DEL RIO
               SEVERITY
------------------------------------------------------------------
COURT DISPOSITION        (CYCLE 1)
COURT AGENCY             UNKNOWN
CHARGE                   01
        CHARGE LITERAL   TRANSPORTING ILLEGAL ALIENS
               SEVERITY
            DISPOSITION  (OTHER ;   PROSECUTION DECLINED)
************************* INDEX OF AGENCIES *************************

AGENCY                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
ADDRESS
                          1000 CUSTER HOLLOW RD
                         CLARKSBURG, WV 26306

------------------------------------------------------------------
AGENCY                   USINS BORDER PATROL DEL RIO; TXINS0100;
ADDRESS
                          2401 DODSON AVE
                         DEL RIO, TX 78840


* * * END OF RECORD * * *
MRI: 5247319 IN: NLET 70031 AT 05JUL2013 11:31:17
OUT: DLYQ 5 AT 05JUL2013 11:31:19

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
DATE: 07-05-2013 11:29:54 AM      Type: Recv

SUBJECT:    QH FROM CCH - QH: RODRIGUEZ,SANDRA, 19660122
Message:
Reference: 03T2000006
Msg ID   : 03T2000006
Msg Key  : QH
Date/Time: 20130705112945
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QH: RODRIGUEZ,SANDRA, 19660122

TXT: NL01DLYQ TMS.QH.TX057015A
NAM/RODRIGUEZ,SANDRA.SEX/F.RAC/W.DOB/19660122.PUR/C.REQ/ADA A MOSELEY.OPR/INV T
SILVA
NO RECORD ON FILE

 CRIME RECORDS SERVICE DPS AUSTIN TX 07/05/2013
MRI: 5244901 IN: CCH 15941 AT 05JUL2013 11:29:45
OUT: DLYQ 1 AT 05JUL2013 11:29:45

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
DATE: 07-05-2013 11:31:24 AM     Type: Recv

SUBJECT:    QR FROM CCH - QR: 696423EA7
Message:
Reference: 03T200000A
Msg ID   : 03T200000A
Msg Key  : QR
Date/Time: 20130705113115
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QR: 696423EA7

TXT: NL01DLYQ TMS.QR.TX057015A
FBI/696423EA7.PUR/C.ATN/INV T SILVA.
NO RECORD ON FILE

 CRIME RECORDS SERVICE DPS AUSTIN TX 07/05/2013
MRI: 5247272 IN: CCH 16020 AT 05JUL2013 11:31:15
OUT: DLYQ 3 AT 05JUL2013 11:31:15

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    State's Pretrial Exhibit Number **1

11                         Discovery Inventory

12                           (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CAUSE NUMBER F12-23749-W

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 363ʳᵈ JUDICIAL** |
| **VS.** | § | **DISTRICT COURT** |
| **MATTHEW LEE JOHNSON** | § | **DALLAS COUNTY, TEXAS** |

## DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

## INVENTORY (Total of 21 discs)

STATE'S
EXHIBIT
PT 1

PENGAD 800-631-6989

**Disc One** contains copies of the following documents:
- DA file regarding Cause Number F95-25906, 27 pages
- Records received from Ace Bail Bonds, 15 pages
- Addicare affidavit, 1 page
- Affidavit for Parkland Records, 5 pages
- Baylor Dallas affidavit, 1 page
- Baylor Garland records, 44 pages
- Beta scores – 2 pages
- Charlton Methodist Hospital affidavit, 1 page
- Completed autopsy report, 12 pages
- Garland PD reports relating to Daphne Johnson, 53 pages
- Detective's file, 218 pages
- Dallas Regional Medical Center, Mesquite, 3 pages
- Dallas PD citation records, 3 pages
- Dallas PD reports, 42 pages
- DA file regarding Cause Number F04-26728, 36 pages
- Doctor's Hospital records, 3 pages
- Employment records from Sanden, 161 pages
- Employment records from Shoreline, Inc., 1 page
- Employment records from XLC Services, 18 pages
- Evidence log and diagram, 6 pages
- Felony probation records, 32 pages
- Garland citations, 2 pages
- Garland EMS records, 13 pages
- Garland Fire Department reports, 14 pages
- Garland ISD records, 12 pages
- Garland PD supplements, 15 pages
- Garland PD booking reports, 19 pages
- Green Oaks medical records, 220 pages
- ME investigator report, 3 pages
- Medical City records
- Mesquite PD reports, 18 pages
- Methodist Dallas records, 6 pages
- Metrocare affidavit, 1 page
- Misdemeanor probation records, 3 pages
- Mugshot of defendant from Mesquite
- Mugshot of defendant from Richardson
- Mugshot of defendant dated 2/16/02
- Mugshot of defendant dated 12/14/02

-Mugshot of defendant dated 8/12/03
-Mugshot of defendant dated 1/8/04
-Mugshot of defendant dated 6/21/04
-Mugshot of defendant dated 9/15/04
-Mugshot of defendant dated 5/21/12
-OIG affidavit, 2 pages
-Page 11 of detective's file, 1 page
-Parkland Jail Medical Records, Part I of II, 31 pages
-Parkland Jail Medical Records, Part II of II, 9 pages
-Parkland medical records, 191 pages
-Photos of defendant's tattoos, 16 pages
-Physical Evidence reports, 28 pages
-Garland PD reports on prior incidents, 127 pages
-OSHA response letter, 1 page
-Pecan Valley records, 5 pages
-Presbyterian Hospital records, 40 pages
-Protection One records, 5 pages
-Protection One certified records, 14 pages
-Protective Order, Part I, 2 pages
-Protective Order, Part II, 70 pages
-Protective Order, Part III, 6 pages
-Renumbered section of detective's file, 19 pages
-DA file regarding Cause Number F95-25895, 20 pages
-Richardson PD reports, 4 pages
-DA file regarding Cause Number F04-26727, 41 pages
-South Garland HS surveillance supplement, 6 pages
-STGMO affidavit, 1 page
-Summer Sky records, 2 pages
-SWIFS DNA report by Ferreira, 8 pages
-TDCJ Emergency Action Center reports, 34 pages
-TDCJ Parole records, 77 pages
-TDCJ Rudd Unit records, 1 page
-DA file regarding Cause Number F11-42318, 41 pages
-TDCJ Use of Force affidavit, 1 page
-TDCJ medical records on defendant, 176 pages
-Terrell State Hospital affidavit, 1 page
-Timothy Johnson prison medical records, 818 pages
-Vernon State Hospital records, 5 pages
-Whip In site database report, 2 pages
**Disc 2** contains the surveillance video of the offense.
**Disc 3** contains the surveillance video from South Garland High School
**Disc 4** contains photos, including 48 aerial photos, 127 photos of the crime scene and
surrounding area, 21 photos of the defendant and property/evidence, and 30 photos of the
complainant
**Disc 5** contains the 911 calls and the radio traffic recorded by GPD call center/dispatch
**Disc 6** contains Protection One records including the calls to GPD
**Disc 7** contains the in-car video/audio of responding GPD officers (2 cars)
**Disc 8** contains the in-car video/audio of transport officer to GPD
**Disc 9** contains Part 1 of 3 of the video from GPD jail
**Disc 10** contains Part 2 of 3 of the video from GPD jail
**Disc 11** contains Part 3 of 3 of the video from GPD jail
**Disc 12** contains the recording of the defendant's interview at GPD jail
**Disc 13** contains the recorded calls by the defendant at GPD jail
**Disc 14** contains the Parkland medical records of the complainant
**Disc 15** contains the autopsy photographs
**Disc 16** contains news reports of the offense
**Disc 17** contains the footage provided by KXAS Channel 5
**Disc 18** contains the footage provided by WFAA Channel 8
**Disc 19** contains the footage provided by KTVT Channel 11
**Disc 20** contains the raw footage provided by KTVT Channel 11
**Disc 21** contains the footage provided by KDFW Channel 4

Received by:

_____
Counsel for Defendant

October 18, 2012
_____
Date

Provided by:

_____
Andrea Moseley

_____
Witness

CAUSE NUMBER F12-23749-W

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva.  Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

## INVENTORY (Total of 9 additional discs + one thumb drive)

**Disc 22** contains copies of the following documents:
- Complete file from Armstrong Laboratories, 133 pages
- Reports from Armstrong Laboratories, 9 pages
- Records from Classic BMW, 188 pages
- Complete file from SWIFS – 213 pages
- CPS records, 1 page
- Defendant's Jail Medical records, 200 pages
- Eastfield Police Records, 2 pages
- Eastfield Education Records, 20 pages
- SWIFS serology bench notes, 3 pages
- SWIFS serology bench notes, 2 pages
- Mesquite Jail Records, 32 pages
- Mesquite PD Detective's file, 19 pages
- Inmate account records, 4 pages
- SWIFS serology reports, 4 pages
- Timothy Johnson TDCJ Unit file, 519 pages
- Texas Workforce Commission records, 117 pages

**Disc 23** contains the surveillance video from each camera at Kwik Car
**Disc 24** contains the surveillance video from Kwik Car, camera 11
**Disc 25** contains the surveillance video (11/12/11) from Kwik Car, cameras 6, 12 and 15
**Disc 26** contains the surveillance video (11/14/11) from Kwik Car, cameras 6, 12 and 15
**Disc 27** contains duplicate video from Disc 26 (Kwik Car surveillance)
**Disc 28** contains defendant's Parkland Hospital records from 6/29/12 – 1/14/13
**Disc 29** contains video pulled by Tommy Hutson from the DVR equipment seized from offense location
**Disc 30** contains videotaped statement of defendant regarding Theft 1500 offense in Mesquite

Defendant's I Phone contents provided to defense counsel on a thumb drive.

Received by:

_____
Counsel for Defendant

2/15/13
Date

Provided by:

_____
Andrea Moseley

_____
Witness

CAUSE NUMBER F12-23749-W

| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
|---|---|---|
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## SECOND SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

## INVENTORY (Total of 5 additional discs)

**Disc 31** contains a copy of the Crime Scene Log from the Garland Police Department and the jail phone call log from May 20, 2012 until March 14, 2013.
**Disc 32** contains recorded jail phone calls from May 20, 2012 until March 14, 2013.
**Discs 33, 34 and 35** contain surveillance video from the Garland Police Department Jail and surrounding areas.
**Disc 36** contains crime scene video made by the Garland Police Department.

Received by:

_____
Counsel for Defendant

3/15/13
_____
Date

Provided by:

_____
Andrea Moseley

_____
Witness

*State's Copy*

CAUSE NUMBER F12-23749-W

| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## THIRD SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

## INVENTORY (Total of 4 additional discs)

**Disc 37** contains Amy Armstrong's Green Oaks records, Amy Armstrong's Metrocare records, Amy Armstrong's Parkland records, Amy Armstrong's Timberlawn records, DPD call sheet, DPD call log, DPD injured person report, 3 GPD property and evidence vouchers, SWIFS evidence submittal duplicate form, and TDCJ Access to Courts record.
**Disc 38** contains Amy Armstrong's digital Parkland records.
**Disc 39** contains audio recording of lineup shown to Amy Marecle.
**Disc 40** contains video and audio recording of lineups shown to Lawrence Denson and Kenneth Marecle.

Received by:

_____
Counsel for Defendant

7-12-13
_____
Date

Provided by:

_____
Andrea Moseley

_____  #405
Witness

State's Copy

## CAUSE NUMBER F12-23749-W

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 363rd JUDICIAL** |
| **VS.** | § | **DISTRICT COURT** |
| **MATTHEW LEE JOHNSON** | § | **DALLAS COUNTY, TEXAS** |

### FOURTH SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

### INVENTORY (Total of 4 additional discs)

**Disc 41** contains copies of the following:

- Photographs of crime scene and surrounding area
- Incoming mail
- The defendant's Kwik Kar employee file
- Outgoing mail
- List of drug and alcohol treatment providers given to defendant by the social worker at Presbyterian Hospital
- DPD reports relating to Amy Armstrong
- Mesquite reports relating to Amy Armstrong
- Custodian of records affidavit from Terrell State Hospital
- DA file regarding F00-46650
- DA file regarding F93-01655
- DA file regarding F95-44013
- Defendant's jail medical records
- Detective Tooke's file as of 9/25/13
- Eastfield College records
- Medical Examiner's file
- Probation records
- Garland Fire Department records
- Two letters from defendant dated 9/17/13
- 3 jail incident reports
- Plano PD records
- Print media articles
- Defendant's resident account summary
- DSO records
- Timothy Johnson's TDCJ medical records
- Investigator Standley's personnel file
- Officer Lowen's personnel file from Caddo Mills PD
- Custodian of records affidavit from Addicare
- Custodian of records affidavit from Dallas Regional Medical Center
- Jail call log from 3/14/13-9/26/13
- Custodian of records affidavit from Medical City Hospital
- Custodian of records affidavit from North Texas State Hospital
- Custodian of records affidavit from Shoreline, Inc.

**Disc 42** contains the defendant's jail calls from 03/14/13-09/26/13

Received by:

_____
Counsel for Defendant

9/27/13
_____
Date

Provided by:

_____
Andrea Moseley

_____
Witness

CAUSE NUMBER F12-23749-W

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## FIFTH SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

### INVENTORY (Total of 3 additional discs)

**Disc 43** contains surveillance video from Kwik Kar.

**Disc 44** contains surveillance video from Kwik Kar.

**Disc 45** contains photographs of the evidence at the Garland Police Property Room.

Received by:

_____
Counsel for Defendant

_10_ / _10_ / _13_
Date

Provided by:

_____
Andrea Moseley

_____
Witness

1

2

3

4

5

6

7

8

9

10                          State's Exhibit Number 1

11                              Photo of Victim

12                              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10              State's Voir Dire Exhibit Number *2

11                  Plank Criminal History

12                   (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
DATE: 07-05-2013 12:20:24 PM      Type: Recv

SUBJECT:      QH FROM CCH - QH: PLANK,TERRY, 19560622
Message:
Reference: 03T2000030
Msg ID   : 03T2000030
Msg Key  : QH
Date/Time: 20130705122014
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QH: PLANK,TERRY, 19560622

TXT: NL01DLYQ TMS.QH.TX057015A
NAM/PLANK,TERRY.SEX/M.RAC/W.DOB/19560622.PUR/C.REQ/ADA A MOSELEY.OPR/INV T SILVA
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 02802652

NAME(S)
PLANK,TERRY ALLAN
PLANK,TERRY(AKA)

FBI NUMBER              DPS NUMBER
                       TX 02802652

SOCIAL SECURITY        DRIVERS LICENSE    ID NUMBER
241041719              09107132 TX

SEX                    RACE               SKIN TONE
M                      W

HEIGHT                 WEIGHT             DATE OF BIRTH
600                    160                06-22-1956

HAIR COLOR             EYE COLOR          FINGERPRINT PATTERN
BRO                    BLU                POPI07PO17DIPO06CI12

AFIS FINGERPRINT    RIDGE COUNT           PRIMARY CLASS


HENRY CLASS
 7 O 29 -    IIO 17  WSW
   I 20 -    OII     WSC

PLACE OF BIRTH         CITIZEN            III CODE
OK                     US

DNA
N

DATE OF REPORT         ORIGINATION DATE   DATE OF LAST UPDATE
07-05-2013             12-01-1980         10-16-1987
==============================================================================
TOTAL ARRESTS          2
------------------------------------------------------------------------------
MOST RECENT OCCURRENCE          OFFENSE SUMMARY
10-18-1980                      1  INDECENT EXPOSURE
09-30-1987                      1  DRIVING UNDER INFLUENCE LIQUOR
LAST ARRESTING AGENCY           TX0572000 - RICHARDSON PD

NO CUSTODY INFORMATION AVAILABLE

THIS IS SUMMARY DATA ONLY.  USE (QR) TO REQUEST A FULL RAP.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
 CRIME RECORDS SERVICE DPS AUSTIN TX 07/05/2013
MRI: 5324435 IN: CCH 17960 AT 05JUL2013 12:20:14
OUT: DLYQ 65 AT 05JUL2013 12:20:15

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
                         Page 1
```

```
DATE: 07-05-2013 12:20:24 PM    Type: Recv

SUBJECT:    QH FROM NCIC - QH: PLANK,TERRY, 19560622
Message:
Reference: 03T200003O
Msg ID   : 03T200003O
Msg Key  : QH
Date/Time: 20130705122016
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : DLYQ
Control  : TMS
Summary  : QH: PLANK,TERRY, 19560622

TXT: 7L01DLYQ TMS
TX057015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/PLANK,TERRY SEX/M RAC/W DOB/19560622 PUR/C
NAME                        FBI NO.       INQUIRY DATE
PLANK,TERRY ALLAN           537432RC3     2013/07/05

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   W    1956/06/22  600    160    BLU  BRO  N

BIRTH PLACE
OKLAHOMA

FINGERPRINT CLASS        PATTERN CLASS
                         WU WU RS WU RS WU WU LS LS LS
                                                 WU

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 2007/05/20

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  FBI          - FBI/537432RC3

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

MRI: 5324440 IN: NCIC 128454 AT 05JUL2013 12:20:14
OUT: DLYQ 66 AT 05JUL2013 12:20:16

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

```
DATE: 07-05-2013 12:21:12 PM    Type: Recv

SUBJECT:    QR FROM CCH - QR: TX02802652
Message:
Reference: 03T200003S
Msg ID   : 03T200003S
Msg Key  : QR
Date/Time: 20130705122103
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QR: TX02802652

TXT: NL01DLYQ TMS.QR.TX057015A
SID/TX02802652.PUR/C.ATN/INV T SILVA.
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 02802652

NAME(S)
PLANK,TERRY ALLAN
PLANK,TERRY(AKA)

FBI NUMBER              DPS NUMBER
                       TX 02802652

SOCIAL SECURITY        DRIVERS LICENSE    ID NUMBER
241041719              09107132 TX

SEX                    RACE               SKIN TONE
M                      W

HEIGHT                 WEIGHT             DATE OF BIRTH
600                    160                06-22-1956

HAIR COLOR             EYE COLOR          FINGERPRINT PATTERN
BRO                    BLU                POPI07PO17DIPO06CI12

AFIS FINGERPRINT    RIDGE COUNT          PRIMARY CLASS


HENRY CLASS
 7 O 29 -    IIO 17  WSW
  I 20 -    OII      WSC

PLACE OF BIRTH         CITIZEN            III CODE
OK                     US

DNA
N

DATE OF REPORT         ORIGINATION DATE   DATE OF LAST UPDATE
07-05-2013             12-01-1980         10-16-1987
=============================================================================
    EVENT CYCLE 1
        ARREST DATE          10-18-1980
        TYPE                 ADULT
        AGENCY               TX2201600 - HURST PD
        ------------------------------------------------------------------
        TRACKING SUFFIX      *001
        ------------------------------------------------------------------
        OFFENSE DATA
            AGENCY ID NUMBER    15449
            OFFENSE             INDECENT EXPOSURE
            OFFENSE DESC        INDECENT EXPOSURE
            DISPOSITION         BAIL/RELEASED ON OWN RECOGNIZANCE
        ------------------------------------------------------------------
        NO PROSECUTION DATA AVAILABLE
        ------------------------------------------------------------------
        NO COURT DATA AVAILABLE
=============================================================================
    EVENT CYCLE 2
        ARREST DATE          09-30-1987
        TYPE                 ADULT
        AGENCY               TX0572000 - RICHARDSON PD
                             Page 1
```

```
-------------------------------------------------------------------------
    TRACKING SUFFIX      *001
-------------------------------------------------------------------------
    OFFENSE DATA
        AGENCY ID NUMBER    51988
        OFFENSE             DRIVING UNDER INFLUENCE LIQUOR
        OFFENSE DESC        DWI
    ---------------------------------------------------------------------
    NO PROSECUTION DATA AVAILABLE
    ---------------------------------------------------------------------
    NO COURT DATA AVAILABLE
=========================================================================
    NO CUSTODY DATA AVAILABLE
```

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD

 CRIME RECORDS SERVICE DPS AUSTIN TX 07/05/2013
MRI: 5325655 IN: CCH 17990 AT 05JUL2013 12:21:03
OUT: DLYQ 67 AT 05JUL2013 12:21:04

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.

```
DATE: 07-05-2013 12:20:20 PM    Type: Sent

SUBJECT:    QH: PLANK,TERRY, 19560622
Message:
Reference: 03T200003O
Msg ID   : 03T200003O
Msg Key  : QH
Date/Time: 20130705122020
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   :
Control  : TMS
Summary  : QH: PLANK,TERRY, 19560622

NAM: PLANK,TERRY DOB: 19560622 SEX: M RAC: W PUR: C REQ: ADA A MOSELEY OPR: INV
T SILVA RFI: F12-23749
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
DATE: 07-05-2013 12:21:13 PM      Type: Recv

SUBJECT:      QR FROM NCIC - QR: TX02802652
Message:
Reference: 03T200003S
Msg ID   : 03T200003S
Msg Key  : QR
Date/Time: 20130705122105
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : DLYQ
Control  : TMS
Summary  : QR: TX02802652

TXT: NL01DLYQ TMS
TX057015A
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR SID/TX02802652.PUR/C.
NOTICE -- THIS DOES NOT PRECLUDE THE POSSIBLE EXISTENCE OF MATCHING
RECORDS IN LOCAL, STATE, OR FBI CJIS DIVISION FILES THAT ARE
NOT INDEXED IN THE NCIC III. IF YOU DESIRE A SEARCH OF THE FBI
CJIS DIVISION FILES, A FINGERPRINT CARD SHOULD BE SUBMITTED.
END

MRI: 5325669 IN: NCIC 128659 AT 05JUL2013 12:21:03
OUT: DLYQ 68 AT 05JUL2013 12:21:05

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

1

2

3

4

5

6

7

8

9

10              State's Pretrial Exhibit Number **2

11      Pretrial Discovery Provided by State to Defense Counsel

12                      (Copy Not Attached)

13  (Envelope sealed by the State-Containing personal information)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 2

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                State's Voir Dire Exhibit Number *3

11                     Watson Criminal History

12                         (Copy Attached)

13

14                              And

15

16                  State's Voir Dire Exhibit *3

17                     Brian Macdonough Letter

18                     (Duplication in numbers)

19                         (Copy Attached)

20

21

22

23

24

25

Darline King LaBar, Official Reporter

```
¢XJI56  NAME ENTERED WATSON KEENAN                    NAME TYPE DF
LN                                                    NAME TYPE DF
01 WATSON-KEENAN ONEAL           BM  120367  MB0035305   MG FAIL ID FUG NO DISM
02 WATSON KEENAN ONEAL           BM  120367  MB0752528   MC POSS MJ        DISM
     * * * E N D   O F   R E C O R D S   R E T R I E V E D * * *
LINE NO 01                    FOR CURRENT BOND DATA USE AIS SYSTEM
```

VD Ex. 3

```
DATE: 07-16-2013 11:17:17 AM     Type: Recv

SUBJECT:    QH FROM CCH - QH: WATSON,KEENAN, 19671203
Message:
Reference: 03TD000072
Msg ID   : 03TD000072
Msg Key  : QH
Date/Time: 20130716111706
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QH: WATSON,KEENAN, 19671203

TXT: NL01DLYQ TMS.QH.TX057015A
NAM/WATSON,KEENAN.SEX/M.RAC/B.DOB/19671203.PUR/C.REQ/ADA A MOSELEY.OPR/INV T
SILVA
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 06567300

NAME(S)
WATSON,KEENAN ONEAL
WATSON,KEENAN O(AKA)

FBI NUMBER          DPS NUMBER
512138PB4           TX 06567300

SOCIAL SECURITY     DRIVERS LICENSE      ID NUMBER
462634970           16197978 TX

MISCELLANEOUS NUMBERS
TEXAS PRIVATE SECURITIES              IC-04935
CONSOLIDATED RECORD                   TX-09180580

SEX                 RACE                 SKIN TONE
M                   B                    MBR

HEIGHT              WEIGHT               DATE OF BIRTH
504                 170                  12-03-1967

HAIR COLOR          EYE COLOR            FINGERPRINT PATTERN
BLK                 BRO

AFIS FINGERPRINT    RIDGE COUNT          PRIMARY CLASS
AAARRSASLS

PLACE OF BIRTH      CITIZEN              III CODE
TX                  US                   SINGLE-STATE

SCARS, MARKS, AND TATTOOS              ALIAS DOB
SC FACE

DNA
N

DATE OF REPORT      ORIGINATION DATE     DATE OF LAST UPDATE
07-16-2013          11-04-2000           01-12-2011
================================================================================
TOTAL ARRESTS    2
--------------------------------------------------------------------------------
MOST RECENT OCCURRENCE        OFFENSE SUMMARY
04-04-2007                    1  POSS MARIJ < 2OZ
10-05-2000                    1  FAIL TO IDENTIFY FUGITIVE FROM JUSTICE
LAST ARRESTING AGENCY         TXDPD0000 - DALLAS POLICE DEPARTMENT

NO CUSTODY INFORMATION AVAILABLE

THIS IS SUMMARY DATA ONLY.  USE (QR) TO REQUEST A FULL RAP.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
  CRIME RECORDS SERVICE DPS AUSTIN TX 07/16/2013
                          Page 1
```

```
MRI: 23438172 IN: CCH 19942 AT 16JUL2013 11:17:06
OUT: DLYQ 123 AT 16JUL2013 11:17:08
```

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.

```
DATE: 07-16-2013 11:17:18 AM      Type: Recv

SUBJECT:    QH FROM NCIC - QH: WATSON,KEENAN, 19671203
Message:
Reference: 03TD000072
Msg ID   : 03TD000072
Msg Key  : QH
Date/Time: 20130716111708
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : DLYQ
Control  : TMS
Summary  : QH: WATSON,KEENAN, 19671203

TXT: 7L01DLYQ TMS
TX057015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/WATSON,KEENAN SEX/M RAC/B DOB/19671203 PUR/C
NAME                          FBI NO.        INQUIRY DATE
WATSON,KEENAN ONEAL                512138PB4      2013/07/16

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   B   1967/12/03   504    115    BRO  BLK  N

BIRTH PLACE
TEXAS

FINGERPRINT CLASS         PATTERN CLASS
                          AU AU AU RS RS AU AU AU LS AU
                          RS LS WU             RS    LS


ALIAS NAMES
WATSON,KEENAN O                   WATSON,KEENAN O NEAL
WATSON,KEENAN O-NEAL              WATSON,KENO

SCARS-MARKS-
TATTOOS        SOCIAL SECURITY  MISC NUMBERS
SC FACE        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      AF-462634970

IDENTIFICATION DATA UPDATED 2007/04/04

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 TEXAS         - STATE ID/TX06567300

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

MRI: 23438177 IN: NCIC 110293 AT 16JUL2013 11:17:06
OUT: DLYQ 124 AT 16JUL2013 11:17:08

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

```
DATE: 07-16-2013 11:18:09 AM     Type: Recv

SUBJECT:    QR FROM CCH - QR: TX06567300
Message:
Reference: 03TD000076
Msg ID   : 03TD000076
Msg Key  : QR
Date/Time: 20130716111757
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   : CCH
Dest     : DLYQ
Control  : TMS
Summary  : QR: TX06567300

TXT: 2L01DLYQ TMS.QR.TX057015A
SID/TX06567300.PUR/C.ATN/INV T SILVA.
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 06567300

NAME(S)
WATSON,KEENAN ONEAL
WATSON,KEENAN O(AKA)

FBI NUMBER             DPS NUMBER
512138PB4             TX 06567300

SOCIAL SECURITY       DRIVERS LICENSE      ID NUMBER
462634970             16197978 TX

MISCELLANEOUS NUMBERS
TEXAS PRIVATE SECURITIES              IC-04935
CONSOLIDATED RECORD                  TX-09180580

SEX                   RACE                 SKIN TONE
M                     B                    MBR

HEIGHT                WEIGHT               DATE OF BIRTH
504                   170                  12-03-1967

HAIR COLOR            EYE COLOR            FINGERPRINT PATTERN
BLK                   BRO

AFIS FINGERPRINT      RIDGE COUNT          PRIMARY CLASS
AAARRSASLS

PLACE OF BIRTH        CITIZEN              III CODE
TX                    US                   SINGLE-STATE

SCARS, MARKS, AND TATTOOS              ALIAS DOB
SC FACE

DNA
N

DATE OF REPORT        ORIGINATION DATE     DATE OF LAST UPDATE
07-16-2013            11-04-2000           01-12-2011
==============================================================================
    EVENT CYCLE 1
        TRACKING NUMBER       0040912450
        ARREST DATE           10-05-2000
        TYPE                  ADULT
        AGENCY                TX0571500 - IRVING PD
        NAME                  WATSON,KEENAN ONEAL
        ------------------------------------------------------------------
        TRACKING SUFFIX       A001
        ------------------------------------------------------------------
            OFFENSE DATA
                AGENCY ID NUMBER      168881
                AGENCY CASE NUMBER    M00353050
                OFFENSE DATE          10-05-2000
                OFFENSE               FAIL TO IDENTIFY FUGITIVE FROM JUSTICE
                CITATION              PC 38.02(d)
                OFFENSE DESC          M00353050
                LEVEL & DEGREE        MISDEMEANOR - CLASS B
                DISPOSITION           DISPOSITION UNKNOWN
                                    Page 1
```

```
                  DISPOSITION DATE      10-05-2000
                  REFERRED              TX057015A - CRIMINAL DISTRICT ATTORNEYS OFFICE
                                        DALLAS
            --------------------------------------------------------------------
            PROSECUTION DATA
                  PROSECUTION AGENCY    TX057015A - CRIMINAL DISTRICT ATTORNEYS OFFICE
                                        DALLAS
                  ACTION                PROSECUTOR ACCEPTS THE CHARGE
                  OFFENSE               FAIL TO IDENTIFY FUGITIVE FROM JUSTICE
                  CITATION              PC 38.02(d)
                  OFFENSE DESC          M-0035305
                  LEVEL & DEGREE        MISDEMEANOR - CLASS B
            --------------------------------------------------------------------
            NO COURT DATA AVAILABLE
==============================================================================
EVENT CYCLE 2
            TRACKING NUMBER       9108142378
            ARREST DATE           04-04-2007
            TYPE                  ADULT
            AGENCY                TXDPD0000 - DALLAS POLICE DEPARTMENT
            NAME                  WATSON,KEENAN ONEAL
            --------------------------------------------------------------------
            TRACKING SUFFIX       A001
            --------------------------------------------------------------------
            OFFENSE DATA
                  AGENCY ID NUMBER      874449
                  AGENCY CASE NUMBER    07025060
                  OFFENSE AGENCY        TXDPD0000 - DALLAS POLICE DEPARTMENT
                  OFFENSE DATE          04-04-2007
                  OFFENSE               POSS MARIJ < 2OZ
                  CITATION              HSC 481.121(b)(1)
                  OFFENSE DESC          M0752528
                  LEVEL & DEGREE        MISDEMEANOR - CLASS B
                  DISPOSITION           HELD
                  DISPOSITION DATE      04-04-2007
                  REFERRED              TX057015A - CRIMINAL DISTRICT ATTORNEYS OFFICE
                                        DALLAS
            --------------------------------------------------------------------
            PROSECUTION DATA
                  PROSECUTION AGENCY    TX057015A - CRIMINAL DISTRICT ATTORNEYS OFFICE
                                        DALLAS
                  ACTION                PROSECUTOR ACCEPTS THE CHARGE
                  OFFENSE               POSS MARIJ < 2OZ
                  CITATION              HSC 481.121(b)(1)
                  OFFENSE DESC          M-0752528
                  LEVEL & DEGREE        MISDEMEANOR - CLASS B
            --------------------------------------------------------------------
            COURT DATA
                  COURT AGENCY          TX057323J - COUNTY CRIMINAL COURT #3 DALLAS
                  COURT OFFENSE         POSS MARIJ < 2OZ
                  CITATION              HSC 481.121(b)(1)
                  LEVEL & DEGREE        MISDEMEANOR - CLASS B
                  DISPOSITION           DEFERRED
                  DISPOSITION DATE      05-11-2007
                  SENTENCE DATE         05-11-2007
                  CAUSE NUMBER          M-0752528
                  FINAL PLEADING        NO CONTEST OR NOLO CONTENDERE
                  PROBATION             6M
                  FINE                  300
                  COURT COST            384
                  PROVISION             DEFERRED ADJUDICATION
                  RECEIVING CUSTODY     TX057045G - COMMUNITY SUPERVISION &
                                        CORRECTIONS DEPARTMENT
            --------------------------------------------------------------------
            COURT DATA
                  COURT AGENCY          TX057323J - COUNTY CRIMINAL COURT #3 DALLAS
                  COURT OFFENSE         POSS MARIJ < 2OZ
                  CITATION              HSC 481.121(b)(1)
                  LEVEL & DEGREE        MISDEMEANOR - CLASS B
                  DISPOSITION           COMMUNITY SUPERVISION EXPIRED
                  DISPOSITION DATE      08-06-2008
                  SENTENCE DATE         08-06-2008
                  CAUSE NUMBER          M-0752528
                  FINAL PLEADING        UNREPORTED/OR UNKNOWN
                  PROVISION             DEFENDANT DISCHARGED
==============================================================================
      NO CUSTODY DATA AVAILABLE

THIS IS A SINGLE-STATE RECORD. NO ADDITIONAL CRIMINAL HISTORY
                                  Page 2
```

INFORMATION IS INDEXED AT III FOR OTHER STATE OR FEDERAL OFFENSES.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD

 CRIME RECORDS SERVICE DPS AUSTIN TX 07/16/2013
MRI: 23439620 IN: CCH 19999 AT 16JUL2013 11:17:57
OUT: DLYQ 125 AT 16JUL2013 11:18:00

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.

```
DATE: 07-16-2013 11:17:13 AM      Type: Sent

SUBJECT:    QH: WATSON,KEENAN, 19671203
Message:
Reference: 03TD000072
Msg ID   : 03TD000072
Msg Key  : QH
Date/Time: 20130716111713
Ent Agy  :
Requester:
User     :
ORI      : TX057015A
Source   :
Control  : TMS
Summary  : QH: WATSON,KEENAN, 19671203

NAM: WATSON,KEENAN DOB: 19671203 SEX: M RAC: B PUR: C REQ: ADA A MOSELEY OPR:
INV T SILVA RFI: F12-23749
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

MATTHEW L. TROVATO, M.D.

**Juror # 797 A**

October 11, 2013

Mr. Brian Macdonough
414 Rollingridge Ln
Garland, TX 75043

Dear Brian:

Your surgery has been scheduled for Tuesday, October 29th at 2:30 PM at Forest Park Medical Center Frisco located 5500 Frisco Square Blvd., Frisco, TX 75034-3305. Arrive at least 2 hours before scheduled time for check in the day of surgery.

Please contact our office at (214) 827-2873 and schedule a follow up appointment once you have been released from the hospital.

Sincerely,

Sandy Hunt
Sandy Hunt
Practice Coordinator

**Voir dire
Exhibit # 3**

Dallas Plastic Surgery Institute

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              State's Pretrial Exhibit Number **3
11                     State's Disclosure
12                      (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**State's Disclosure to Defense**

**State v. Matthew Johnson F12-23749**

1. Both Amy Marecle and Ken Marecle believe that the defendant was high on drugs or "crazy" when he was at their house.

2. At Kwik Car, the owner, David Contente, believed that the defendant was a loyal employee and he trusted him. He was reliable. He was shocked that the defendant stole from him.

3. At Sanden, the defendant performed well on the job, but had an attendance problem. When he was there, he got along with others and was a good employee.

4. At XLC, his supervisor and manager, Johnny Wright and Donald Dunlap, say that the defendant was a quiet employee who did his job. He didn't start trouble and didn't give them any problems. He was absent without notification for two days. The following day, he came in and told them that he had gone on a drug binge and needed help. The manager told him to go home and come back the following week to talk to the human resources manager who was on vacation that week.

5. Amy Armstrong has mental health issues and is currently taking medication for Bi-Polar Disorder. She says that after one incident of the defendant threatening to break into her home, she shot at him with a firearm.

6. Detective Corder and other officers from Mesquite who investigated the theft from November of 2011 say that the defendant seemed remorseful for his actions and was visibly upset (tears in his eyes) when they contacted him. He told Detective Corder that he felt badly for doing this to his boss because his boss gave him a job despite his criminal history.

7. Officers who investigated the disorderly conduct charge in Garland in 2012 say that the defendant told them he smoked crack the night before and had a drug problem. They didn't find a crack pipe, but did find a "push rod" that the defendant admitted he used for drugs. The defendant was cooperative with them until he was told that he would have to leave the motel. He denied exposing himself to the motel housekeeping lady.

8. Officer Ansley, Dallas Police Department, was transporting the defendant to Detox when the defendant began acting erratically and continually unbuckling his seat belt. Officer Ansley then contacted DFD for an ambulance to transport the defendant to Presbyterian for possible drug overdose. Officer Ansley does not remember the defendant making any threats to him. The defendant was rambling about God and saying that he didn't want them to kill him because he wasn't ready to meet God.

9. On 12/4/2011, the defendant cooperated with Garland police officers when a neighbor reported that someone had been sitting in front of her residence and staring through her windows. The defendant told officers that he saw the man, confronted him, and wrote down his license plate. He told the police he had seen the man looking through the neighbor's windows on four to five occasions. The neighbor's name is Decinda Sarratt. The Garland police officer's name is M. Perry #8304.

10. Officer Harrell, who was working off-duty at a club in Dallas, encountered the defendant in a drug-induced haze. He contacted the dispatcher who sent patrol officers to take the defendant to Presbyterian Hospital. He isn't certain how long afterward, but at some point, days or weeks after this encounter, he saw the defendant again in the same club parking lot. He said that he asked the defendant why he was there and the defendant said he was looking for his car. The defendant claimed that he had no recollection of the previous encounter when he was taken to

the hospital. Officer Harrell says that the defendant was polite and didn't appear intoxicated on this second encounter.

11. Monica Cajas says that she knew the defendant as his landlord. She says that she never saw any indication of drug use or abuse by the defendant. He was always polite and soft-spoken when she dealt with him. He was a good tenant. She was surprised to hear that he had committed such a horrible crime. She believes that his wife, Daphne, was putting a lot of pressure on him and that he must've snapped. She doesn't believe that the person she knew would be capable of this crime.

12. Crime Scene investigator Standley at the Garland Police Department claims to have no short term memory. She told me that she would not be able to remember her investigation of this offense. She claims that even her notes would not refresh her recollection.

13. The victim, Nancy Harris, was involved in an intimate relationship with a man who is married. It is my understanding that this relationship was ongoing at the time of her death.

14. Carlton Jenkins, the inmate with whom the defendant fought in prison, says that he engaged in the fight with the defendant, but the defendant started it. He says that he couldn't refuse to fight and still be safe in the prison dormitory. He's not sure he ever landed any punches, but he did "fight back".

15. Cedric Brown stabbed the defendant during an altercation in Garland on 7/23/04. He says that he believes that the defendant must have been high on drugs. He was acting erratically and responded to him violently and aggressively. During this encounter, the defendant charged at Cedric and Cedric stabbed him in the side with a pocket knife. The defendant left the scene with his brother and told the police he fell on a knife. The defendant didn't cooperate with the police and no charges were ever filed.

16. Detention Officer L.K. Edwards #3283 told me that the defendant didn't regularly give her any hassles. She said that he would always come out of his cell to get his medication or his tray wearing a "do-rag". This is against the rules in the jail and he is aware of this. However, it isn't uncommon among the inmates. When she tells him to take it off, he does so without argument. She says that he is generally polite and quiet with her. She isn't aware of how he behaves with other officers.

17. The bailiffs who deal with the defendant in court during voir dire say that the defendant doesn't give them any trouble. He is courteous and follows orders.

18. Gioconda Verdeguer is the human resources manager at XLC where the defendant worked in 2012. She said that the defendant came forward and admitted that he had relapsed on drugs voluntarily. Due to this disclosure, she met with him and told him that he couldn't continue to work there unless he got help. She said he seemed like he was really sincere in wanting help and concerned about losing his job. She told him that she would keep his job open for him and in 3 months he could come back, but he would have to show that he had received treatment and be able to pass a drug test. He would then be subjected to random, frequent testing. She said that he was, as far as she knew, a good employee and was polite and respectful to her. She said he was upset at not being able to come back to work, but he seemed more upset with himself. It was not directed at her.

Received by _____

Catherine Bernhard
Attorney for Defendant

10/10/13
Date

1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 3

11                            Photograph

12                         (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10              State's Voir Dire Exhibit Number *4

11                    Beck Arguijo Letter

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**William F. Cox, M.D.**
**James Chanez, M.D.**
**Melanie Christina, M.D.**
8230 Walnut Hill Suite 804
Dallas, Texas 75231
214-363-6217
fax 214-373-4236

*Juror #960 A*

October 8, 2013

Becky Arguijo
DOB 10-13-54

For medical reasons Ms. Arguijo is unable to serve on a jury at this time.

William F. Cox, M.D.

*Voir Dire
Exhibit #4*

1

2

3

4

5

6

7

8

9

10                          State's Exhibit Number 4

11                                Photograph

12                            (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
4

1

2

3

4

5

6

7

8

9

10              State's Voir Dire Exhibit Number *5

11          CD of Scanned Venireperson Questionnaires

12      (Copy Not Attached - Contains Personal Information)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                  State's Exhibit Number 5

11                       Photograph

12                     (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
5

PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10          State's Voir Dire Exhibit Number *6

11        Box of Original Venireperson Questionnaires

12      (Copy Not Attached - Contains Personal Information)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2

3

4

5

6

7

8

9

10              State's Pretrial Exhibit Number **6

11     Pretrial Discovery Provided by State to Defense Counsel

12                      (Copy Not Attached)

13           (Envelope sealed with 5 CDs & thumb drive.)

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3

4

5

6

7

8

9                      State's Exhibit Number 6

10                        Victim's Gold Ring

11    (Photograph substituted for exhibit by agreement of parties)

12                         (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



FS#12-1163

Item: 601 = 1

arbor sholic

ring - gold metal
with clear stone
"GP 10K"



STATE'S
EXHIBIT
6

PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10          State's Pretrial Exhibit Number **7

11               6th Supplemental Discovery

12                    (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

CAUSE NUMBER F12-23749-W

| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
|---|---|---|
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## SIXTH SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva.  Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

### INVENTORY (Total of 3 additional discs)

**Disc 46** contains still images from the Whip In Fina surveillance video.

**Disc 47** contains photos of the defendant's tattoos taken on 10/15/13.

**Disc 48** contains jail calls from 9/12/13-10/15/13.


Received by:                                                   Provided by:

_Kenneth Weatherspoon_                          _Andrea Moseley_
Counsel for Defendant                                  Andrea Moseley

_10/18/13_
Date                                                               Witness



STATE'S EXHIBIT
7
PT
PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                         State's Exhibit Number 7

11                            Victim's Sunglasses

12                           (Physical Evidence)

13                          (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10              State's Pretrial Exhibit Number **8

11                  7th Supplemental Discovery

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

CAUSE NUMBER F12-23749-W

| STATE OF TEXAS | § | IN THE 363rd JUDICIAL |
| VS. | § | DISTRICT COURT |
| MATTHEW LEE JOHNSON | § | DALLAS COUNTY, TEXAS |

## SEVENTH SUPPLEMENTAL DISCOVERY

Discovery including the items contained in the following inventory have been provided to defense counsel in this cause by Assistant District Attorney Andrea Moseley in the presence of DA Investigator, Lt. Tonia Silva. Any disclosure of this information is limited by the Agreed Discovery Order signed by the prosecutor, defense counsel and the District Judge.

### INVENTORY (Total of 2 additional discs)

**Disc 49** contains offense reports from the Garland Police Department relating to the defendant's brother Timothy Johnson.

**Disc 50** contains a copy of the Power Point presentation to be used by the prosecution during the guilt/innocence phase of trial.

Received by:                                           Provided by:

_____                    _____
Counsel for Defendant                              Andrea Moseley

_10/28/13_____                    _____
Date                                                         Witness



STATE'S
EXHIBIT
8
PT

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 8

11                    Victim's DNR Document

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

Patient Name: Harris, Nancy (MRN: 4561113)
**Patient-Level Scanned Documents: (continued)**



Harris I-sr

## DIRECTIVE TO PHYSICIANS AND FAMILY OR SURROGATES

Instructions for completing this document:

This is an important legal document known as an Advance Directive. It is designed to help you communicate your wishes about medical treatment at some time in the future when you are unable to make your wishes known because of illness or injury. These wishes are usually based on personal values. In particular, you may want to consider what burdens or hardships of treatment you would be willing to accept for a particular amount of benefit obtained if you were seriously ill.

. You are encouraged to discuss your values and wishes with your family or chosen spokesperson, as well as your physician. Your physician, other health care provider, or medical institution may provide you with various resources to assist you in completing your advance directive. Brief definitions are listed below and may aid you in your discussions and advance planning. Initial the treatment choices that best reflect your personal preferences. Provide a copy of your directive to your physician, usual hospital, and family or spokesperson. Consider a periodic review of this document. By periodic review, you can best assure that the directive reflects your preferences.

In addition to this advance directive, Texas law provides for two other types of directives that can be important during a serious illness. These are the Medical Power of Attorney and the Out-of-Hospital Do-Not Resuscitate Order. You may wish to discuss these with your physician, family, hospital representative, or other advisers. You may also wish to complete a directive related to the donation of organs and tissues.

## DIRECTIVE

I, **NANCY JUDITH HARRIS**, recognize that the best health care is based upon a partnership of trust and communication with my physician. My physician and I will make health care decisions together as long as I am of sound mind and able to make my wishes known. If there comes a time that I am unable to make medical decisions about myself because of illness or injury, I direct that the following treatment preferences be honored:

If, in the judgment of my physician, I am suffering with a terminal condition from which I am expected to die within six months, even with available life-sustaining treatment provided in accordance with prevailing standards of medical care:

- 1 -

STATE'S
EXHIBIT
8

PENGAD 800-631-6989

Patient Name: Harris, Nancy (MRN: 4561113)
**Patient-Level Scanned Documents: (continued)**

```
MRN: 4561113  Adm: 05/29/12
HARRIS,NANCY
DOB: 03/01/1936   BN 81C        F
HAR: 610738317
CSN: 332379204
```

*n.g.d.* I request that all treatments other than those needed to keep me comfortable be discontinued or withheld and my physician allow me to die gently as possible;

OR

_____ I request that I be kept alive in this terminal condition using available life-sustaining treatment.
(THIS SELECTION DOES NOT APPLY TO HOSPICE CARE.)

If, in the judgment of my physician, I am suffering with an irreversible condition so that I cannot care for myself or make decisions for myself and am expected to die without life-sustaining treatment provided in accordance with prevailing standards of care:

*n.g.d.* I request that all treatments other than those needed to keep me comfortable be discontinued or withheld and my physician allow me to die as gently as possible;

OR

_____ I request that I be kept alive in this irreversible condition using available life-sustaining treatment.   (THIS SELECTION DOES NOT APPLY TO HOSPICE CARE.)

Additional requests: (After discussion with your physician, you may wish to consider listing particular treatments in this space that you do or do not want in specific circumstances, such as artificial nutrition and fluids, intravenous antibodies, etc. Be sure to state whether you do or do not want the particular treatment.)

_____

_____

- 2 -

Patient Name: Harris, Nancy (MRN: 4561113)
**Patient-Level Scanned Documents: (continued)**

MRN: 4561113   Adm: 05/20/12
HARRIS,NANCY              F
DOB: 03/01/1938   GN 01C
MRN: 610739317
CSN: 332379894

After signing this directive, if my representative or I elect hospice care, I understand and agree that only those treatments needed to keep me comfortable would be provided and I would not be given available life-sustaining treatments.

If I do not have a Medical Power of Attorney, and I am unable to make my wishes known, I designate the following person(s) to make treatment decisions with my physician compatible with my personal values:

1. _____

2. _____

(If a Medical Power of Attorney has been executed, then an agent already has been named and you should not list additional names in this document.)

If the above persons are not available, or if I have not designated a spokesperson, I understand that a spokesperson will be chosen for me following standards specified in the laws of Texas. If, in the judgment of my physician, my death is imminent within minutes to hours, even with the use of all available medical treatment provided within the prevailing standard of care, I acknowledge that all treatments may be withheld or removed except those needed to maintain my comfort. I understand that under Texas law this directive has no effect if I have been diagnosed as pregnant. This directive will remain in effect until I revoke it. No other person may do so.

Signed this _____17_____ day of May, 2002.

*Nancy Judith Harris*
NANCY JUDITH HARRIS
Garland, Dallas County, Texas

-3-

Patient Name: Harris, Nancy (MRN: 4561113)
__Patient-Level Scanned Documents: (continued)__



## STATEMENT TO WITNESSES:

Two competent adult witnesses must sign below, acknowledging the signature of the declarant. The witness designated as Witness 1 may not be a person designated to make a treatment decision for the patient and may not be related to the patient by blood or marriage. This witness may not be entitled to any part of the estate and may not have a claim against the estate of the patient. This witness may not be the attending physician or an employee of the attending physician. If this witness is an employee of a health care facility in which the patient is being cared for, this witness may not be involved in providing direct patient care to the patient. This witness may not be an officer, director, or partner, or business office employee of a health care facility in which the patient is being cared for or of any parent organization of the health care facility.

Witness One (1) Signature:
Print Name:     Marilynn Mitchell                    May 17, 2002
Address:        3200 Broadway, Suite 272
                Garland, Texas 75043

Witness Two (2) Signature:
Print Name:     Charles L. Hirsch                    May 17, 2002
Address:        3200 Broadway, Suite 272
                Garland, Texas 75043

- 4 -

Patient Name: Harris, Nancy (MRN: 4561113)
**Patient-Level Scanned Documents: (continued)**

MRN 4561113  Adm: 05/28/12
HARRIS,NANCY              F
DOB: 03/01/1938  GN BIC
HAR: 810735317
CSN: 33297820A

## DEFINITIONS

**"Artificial nutrition and hydration"** means the provision of nutrients or fluids by tube inserted in a vein, under the skin in the subcutaneous tissues, or in the stomach (gastrointestinal tract)

**"Irreversible condition"** means a condition, injury or illness:

(1) that may be treated, but is never cured or eliminated;

(2) that leaves a person unable to care for or make decisions for the person's own self;

and

(3) that, without life-sustaining treatment provided in accordance with the prevailing standard of medical care, is fatal.

**Explanation:** Many serious illnesses such as cancer, failure of major organs (kidney, heart, liver, or lung), and serious brain disease such as Alzheimer's dementia may be considered irreversible early on. There is no cure, but the patient may be kept alive for prolonged periods of time if the patient receives life-sustaining treatments. Late in the course of the same illness, the disease may be considered terminal when, even with treatment, the patient is expected to die. You may wish to consider which burdens of treatment you would be willing to accept in an effort to achieve a particular outcome. This is a very personal decision that you may wish to discuss with your physician, family, or other important persons in your life.

**"Life-sustaining treatment"** means treatment that, based on reasonable medical judgment, sustains the life of a patient and without which the patient will die. The term includes both life-sustaining medications and artificial life support such as mechanical breathing machines, kidney dialysis treatment, and artificial hydration and nutrition. The term does not include the administration of pain management medication, the performance of a medical procedure necessary to provide comfort care, or any other medical care provided to alleviate a patient's pain.

**"Terminal condition"** means an incurable condition caused by injury, disease, or illness that according to reasonable medical judgment will produce death within six months, even with available life-sustaining treatment provided in accordance with the prevailing standard of medical care.

**Explanation:** Many serious illnesses may be considered irreversible early in the course of the illness, but they may not be considered terminal until the disease is fairly advanced. In thinking about terminal illness and its treatment, you again may wish to consider the relative benefits and burdens of treatment and discuss your wishes with your physician, family or other important persons in your life.

- 5 -

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    State's Exhibit Number 9
11                       Autopsy ID Photo
12                       (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



IFS-12-08615

PENGAD 800-631-6989

STATE'S
EXHIBIT
9

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 10

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
10

1

2

3

4

5

6

7

8

9

10                              State's Exhibit Number 11

11                                    Photograph

12                                 (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6889

STATE'S
EXHIBIT

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 12

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT

1.2



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 13

11                         Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
13



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 14

11                     Protection 1 Document

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

THE STATE OF TEXAS                '        IN THE 363rd JUDICIAL DISTRCT

VS.                               '        COURT IN AND FOR

Matthew Lee Johnson               '        DALLAS COUNTY, TEXAS

### AFFIDAVIT

Before me, the undersigned authority, personally appeared Rosalinda Hernandez who, being by me

duly sworn, deposed as follows:

My name is Rosalinda Hernandez. I am of age, of sound mind, capable of making this affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of Protection One Alarm Monitoring, Inc. ("Protection 1").

Attached hereto are 13 pages of records and 1 audio disc from Protection 1. These said 13 pages of records

and 1 audio disc are kept by Protection 1 in the regular course of business, and it was the regular course of

business of Protection 1 for an employee or representative of Protection 1, with knowledge of the act,

event, condition, opinion, or diagnosis recorded to make record or transmit information thereof to be

included in such memorandum or record; and the record was made at or near the time or reasonably soon

thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the 27 day of June ,2012

Notary Public, State of Kansas

STATE'S
EXHIBIT
14

PENGAD 800-631-6989

LISA LYNN MCCULLOUGH
Notary Public
State of Kansas
My Commission Expires 9|1|15

TMT INC
2240 MORRIS RD
FLOWER MOUND TX 75028

Date 6/13/2012
Customer# 31574205
Balance 2,032.43

| 0-29 | 30-59 | 60-89 | 90-119 | 120-149 | 150-179 | 180-209 | 210-239 | Unapplied | Deposit |
|---|---|---|---|---|---|---|---|---|---|
| 1,738.54 | | | 293.89 | | | | | | |

| Date | Invoice# | Type | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 6/4/2012 | 88300699 | RECUR | Recurring Services | 1,738.54 | 2,032.43 |
| 4/30/2012 | 87811043 | JOB | GLASSBREAK, ACOUSTIC/25'(C&K) | 0.00 | 293.89 |
| 4/24/2012 | 87708973 | RECUR | Recurring Services | 0.00 | 293.89 |
| 4/5/2012 | | CK# 20449 | Check | -1,430.25 | 293.89 |
| 3/5/2012 | 87015184 | RECUR | Recurring Services | 1,724.14 | 1,724.14 |
| 1/11/2012 | | CK# 19848 | Check | -1,724.14 | 0.00 |
| 12/5/2011 | | CK# 19606 | Check | -329.12 | 1,724.14 |
| 12/5/2011 | 85725596 | RECUR | Recurring Services | 1,724.14 | 2,053.26 |
| 11/7/2011 | | CK# 19411 | Check | -6.00 | 329.12 |
| 10/18/2011 | | CRADJ | Valued Customer Adjustment | -47.22 | 335.12 |
| 10/18/2011 | 85080808 | JOB | Labor Charge | 375.84 | 382.34 |
| 10/7/2011 | | CK# 19247 | Check | -1,724.14 | 6.50 |
| 9/16/2011 | 84657536 | JOB | BATTERY, 3V 2/3AH, LITHIUM | 6.50 | 1,730.64 |
| 9/6/2011 | 84489398 | RECUR | Recurring Services | 1,724.14 | 1,724.14 |
| 7/5/2011 | | CK# 18615 | Check | -1,720.89 | 0.00 |
| 6/5/2011 | 83163080 | RECUR | Recurring Services | 1,720.89 | 1,720.89 |
| 4/8/2011 | 82373112 | RECUR | Recurring Services | 0.00 | 0.00 |
| 4/4/2011 | | CK# 18026 | Check | -1,707.91 | 0.00 |
| 3/2/2011 | 81880765 | RECUR | Recurring Services | 1,707.91 | 1,707.91 |
| 2/9/2011 | | CK# 17607 | Check | -19.49 | 0.00 |
| 1/3/2011 | | CK# 17409 | Check | -1,810.75 | 19.49 |
| 12/30/2010 | 80968795 | JOB | BATTERY, 6V 3.2 AH,SLA BACKUP | 19.49 | 1,830.24 |
| 12/6/2010 | | CK# 17042 | Check | -97.43 | 1,810.75 |
| 12/2/2010 | 80536597 | RECUR | Recurring Services | 1,707.91 | 1,908.18 |
| 11/29/2010 | 80433838 | JOB | Labor Charge | 102.84 | 200.27 |
| 11/4/2010 | 80109523 | JOB | TRANSMITTER,KEY, WIRELESS, | 97.43 | 97.43 |
| 10/5/2010 | | CK# 16352 | | -1,686.26 | 0.00 |
| 9/2/2010 | 79290969 | RECUR | Recurring Services | 1,686.26 | 1,686.26 |
| 6/29/2010 | | CK# 15642 | | -1,897.02 | 0.00 |
| 6/2/2010 | 78046617 | RECUR | Recurring Services | 1,653.46 | 1,897.02 |
| 5/18/2010 | 77803858 | JOB | Job Billing | 243.56 | 243.56 |
| 5/4/2010 | | CK# 15235 | | -70.36 | 0.00 |
| 4/9/2010 | 77289949 | RECUR | Recurring Services | 0.00 | 70.36 |
| 3/30/2010 | 77105322 | JOB | DETECTOR, MOTION, PIR,360 DEGR | 70.36 | 70.36 |
| 3/29/2010 | | CK# 14981 | | -1,669.21 | 0.00 |
| 3/4/2010 | | CK# 14779 | | -76.21 | 1,669.21 |
| 3/3/2010 | 76754871 | RECUR | Recurring Services | 1,649.72 | 1,745.42 |
| 2/22/2010 | 76593867 | JOB | BATTERY 12V 8.0AH SLA USE BT00 | 19.49 | 95.70 |
| 1/18/2010 | 76126971 | JOB | TRANSMITTER,KEY, WIRELESS, | 76.21 | 76.21 |
| 12/31/2009 | | CK# 14261 | | -1,649.72 | 0.00 |
| 12/2/2009 | 75505826 | RECUR | Recurring Services | 1,649.72 | 1,649.72 |
| 10/30/2009 | | CK# 13787 | | -2,495.91 | 0.00 |

| Date | Invoice# | Type | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 10/4/2009 | 74669985 | RECUR | Recurring Services | 152.99 | 2,495.91 |
| 9/3/2009 | 74241505 | ACCEL | Acceleration Billing | -41.49 | 2,342.92 |
| 9/3/2009 | 74238844 | RECUR | Recurring Services | 1,531.70 | 2,384.41 |
| 9/1/2009 | 74201748 | JOB | Job Billing | 592.91 | 852.71 |
| 9/1/2009 | 74201747 | JOB | Job Billing | 86.60 | 259.80 |
| 7/2/2009 | | CK# 12836 | | -1,534.92 | 173.20 |
| 7/1/2009 | 73350847 | JOB | (DISC) MOTION, PIR, MW, USE MH | 0.00 | 1,708.12 |
| 6/13/2009 | 73084479 | JOB | Job Billing | 173.20 | 1,708.12 |
| 6/3/2009 | 72944450 | RECUR | Recurring Services | 1,534.92 | 1,534.92 |
| 5/15/2009 | | CK# 12459 | | -709.48 | 0.00 |
| 5/15/2009 | | CK# 12459 | | -1,000.00 | 709.48 |
| 4/20/2009 | 72306013 | RECUR | Recurring Services | 0.00 | 1,709.48 |
| 3/30/2009 | | CK# 12119 | | -1,519.50 | 1,709.48 |
| 3/3/2009 | 71623479 | RECUR | Recurring Services | 1,519.50 | 3,228.98 |
| 1/13/2009 | 70861643 | CM | Equipment Charge | -113.66 | 1,709.48 |
| 1/8/2009 | 70784400 | JOB | CONTACT, OVERHEAD DOOR | 113.66 | 1,823.14 |
| 12/30/2008 | 70647496 | JOB | (DISC) MOTION, PIR, MW, USE MH | 0.00 | 1,709.48 |
| 12/3/2008 | 70264761 | RECUR | Recurring Services | 1,514.63 | 1,709.48 |
| 11/19/2008 | 70058817 | JOB | Job Billing | 194.85 | 194.85 |
| 11/13/2008 | 69966364 | JOB | (DISC) MOTION, PIR, MW, USE MH | 0.00 | 0.00 |
| 10/8/2008 | 69419156 | JOB | KEYPAD PROTECTION ONE LARGE FI | 0.00 | 0.00 |
| 10/6/2008 | | CK# 10811 | | -1,514.63 | 0.00 |
| 9/3/2008 | 68909275 | RECUR | Recurring Services | 1,514.63 | 1,514.63 |
| 8/18/2008 | 68656018 | JOB | PENDANT, WLS NECKLACE MEDICAL | 0.00 | 0.00 |
| 8/4/2008 | | CK# 10366 | | -102.84 | 0.00 |
| 7/4/2008 | 68019405 | JOB | Labor Charge | 102.84 | 102.84 |
| 7/3/2008 | | CK# 10145 | | -1,442.45 | 0.00 |
| 6/3/2008 | | CK# 9940 | | -194.40 | 1,442.45 |
| 6/3/2008 | 67538893 | RECUR | Recurring Services | 1,442.45 | 1,636.85 |
| 5/5/2008 | | CK# 9760 | | -172.98 | 194.40 |
| 4/30/2008 | 67021686 | RECUR | Recurring Services | 0.00 | 367.38 |
| 4/16/2008 | 66750512 | JOB | Job Billing | 194.40 | 367.38 |
| 4/7/2008 | | CK# 9533 | | -1,450.54 | 172.98 |
| 4/3/2008 | 66563687 | RECUR | Recurring Services | 172.98 | 1,623.52 |
| 3/3/2008 | 66055986 | ACCEL | Acceleration Billing | -167.19 | 1,450.54 |
| 3/3/2008 | 66053664 | RECUR | Recurring Services | 1,455.35 | 1,617.73 |
| 2/13/2008 | 65686997 | JOB | Job Billing | 81.19 | 162.38 |
| 2/13/2008 | 65686996 | JOB | Job Billing | 81.19 | 81.19 |
| 1/2/2008 | | CK# 8882 | | -1,292.44 | 0.00 |
| 12/3/2007 | 64581714 | RECUR | Recurring Services | 1,405.68 | 1,292.44 |
| 11/2/2007 | 64056145 | RECUR | Recurring Services | 0.00 | -113.24 |
| 10/1/2007 | | CK# 8297 | | -1,373.48 | -113.24 |
| 9/19/2007 | 63319774 | XFSITE | Transfer Site Balance To 50225416 | -113.24 | 1,260.24 |
| 9/3/2007 | 63066736 | ACCEL | Acceleration Billing | -169.26 | 1,373.48 |
| 9/3/2007 | 63064649 | RECUR | Recurring Services | 1,518.92 | 1,542.74 |
| 8/14/2007 | 62764103 | JOB | SIREN/SPEAKER ATW 30 WATT 5X8, | 23.82 | 23.82 |
| 7/3/2007 | | CK# 7704 | | -1,745.40 | 0.00 |
| 6/3/2007 | 61661160 | RECUR | Recurring Services | 1,745.40 | 1,745.40 |
| 4/9/2007 | | CK# 007074 | | -1,745.40 | 0.00 |
| 3/3/2007 | 60305964 | RECUR | Recurring Services | 1,745.40 | 1,745.40 |
| 1/2/2007 | | CK# 6383 | Check | -1,745.40 | 0.00 |
| 12/6/2006 | | CK# 6197 | Check | -172.80 | 1,745.40 |
| 12/4/2006 | 59114840 | RECUR | Recurring Services | 1,745.40 | 1,918.20 |

| Date | Invoice# | Type | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 11/2/2006 | | CK# 5975 | Check | -26.37 | 172.80 |
| 11/1/2006 | 58690765 | JOB | RECEIVER, WRLS, LOW W/ENCRYP | 0.00 | 199.17 |
| 10/13/2006 | 58513451 | JOB | Job Billing | 172.80 | 199.17 |
| 10/5/2006 | | CK# 5778 | Check | -1,719.58 | 26.37 |
| 10/3/2006 | 58346124 | RECUR | Alarm Verification Services (10/1/2006 to 1/2/2007 | 26.37 | 1,745.95 |
| 9/4/2006 | 57954270 | RECUR | Recurring Services | 1,719.58 | 1,719.58 |
| 7/27/2006 | 57498184 | JOB | TRANSFORMER 16.5V 40A | 0.00 | 0.00 |
| 7/5/2006 | | CK# 5117 | Check | -1,978.78 | 0.00 |
| 6/3/2006 | 56779463 | RECUR | Recurring Services | 1,719.58 | 1,978.78 |
| 5/17/2006 | 56619602 | JOB | Job Billing | 259.20 | 259.20 |
| 5/2/2006 | | CK# 4680 | Check | -1,729.29 | 0.00 |
| 4/3/2006 | 56028654 | RECUR | Recurring Services | 1,729.29 | 1,729.29 |
| 2/20/2006 | | CK# 4130 | Check | -1,667.94 | 0.00 |
| 2/9/2006 | | CRADJ | Valued Customer Adjustment | -92.01 | 1,667.94 |
| 12/26/2005 | 54748181 | JOB | Labor Charge | 92.01 | 1,759.95 |
| 12/3/2005 | 54445008 | RECUR | Recurring Services | 1,667.94 | 1,667.94 |
| 10/11/2005 | | CK# 3203 | Check | -1,667.90 | 0.00 |
| 9/5/2005 | 53250805 | RECUR | Recurring Services | 1,667.90 | 1,667.90 |
| 8/2/2005 | | CK# 2752 | Check | -315.65 | 0.00 |
| 7/7/2005 | | CK# 2561 | Check | -1,635.43 | 315.65 |
| 7/4/2005 | 52454822 | RECUR | Cellular Backup (5/26/2005 to 10/2/2005) | 46.10 | 1,951.08 |
| 6/22/2005 | 52323349 | JOB | BACK-UP, ALARMNET CELL | 107.17 | 1,904.98 |
| 6/13/2005 | 52231587 | JOB | Labor Charge | 162.38 | 1,797.81 |
| 6/2/2005 | 52054526 | RECUR | Recurring Services | 1,635.43 | 1,635.43 |
| 5/2/2005 | | CK# 2137 | Check | -140.73 | 0.00 |
| 4/7/2005 | | CK# 1992 | Check | -1,633.87 | 140.73 |
| 3/29/2005 | 51222936 | JOB | Job Billing | 140.73 | 1,774.60 |
| 3/3/2005 | 50875016 | RECUR | Recurring Services | 1,633.87 | 1,633.87 |
| 1/24/2005 | | CK# 1507 | Check | -91.37 | 0.00 |
| 1/11/2005 | | CK# 1438 | Check | -1,772.43 | 91.37 |
| 12/22/2004 | 50006763 | JOB | Labor Charge | 91.37 | 1,863.80 |
| 12/2/2004 | 49692533 | RECUR | Recurring Services | 1,633.87 | 1,772.43 |
| 12/1/2004 | | CK# 1170 | Check | -1,617.85 | 138.56 |
| 11/19/2004 | 49553846 | JOB | Job Billing | 138.56 | 1,756.41 |
| 11/2/2004 | 49263869 | JOB | Labor Charge | 113.66 | 1,617.85 |
| 10/18/2004 | | CK# 14394 | Check | -621.97 | 1,504.19 |
| 10/3/2004 | 48885590 | RECUR | Recurring Services | 259.38 | 2,126.16 |
| 9/2/2004 | 48392410 | RECUR | Recurring Services | 1,244.81 | 1,866.78 |
| 8/5/2004 | | CK# 13813 | Check | -1,244.77 | 621.97 |
| 8/3/2004 | 47994401 | RECUR | Recurring Services | 736.39 | 1,866.74 |
| 7/20/2004 | | CK# 13709 | Check | -185.00 | 1,130.35 |
| 7/19/2004 | | CK# 13669 | Check | -27.01 | 1,315.35 |
| 7/19/2004 | | CK# 13669 | Check | -27.01 | 1,342.36 |
| 7/19/2004 | | CK# 13669 | Check | -200.26 | 1,369.37 |
| 7/19/2004 | | CK# 13669 | Check | -37.83 | 1,569.63 |
| 7/19/2004 | | CK# 13669 | Check | -162.38 | 1,607.46 |
| 7/19/2004 | | CK# 13669 | Check | -37.83 | 1,769.84 |
| 7/19/2004 | | CK# 13669 | Check | -162.38 | 1,807.67 |
| 7/19/2004 | 47857678 | JOB | (DISC,USE KT1213) KIT, CONTROL | 200.26 | 1,970.05 |
| 7/14/2004 | 47791519 | JOB | (DISC) MOTION WLS DUAL PIR USE | 200.26 | 1,769.79 |
| 7/14/2004 | 47791504 | JOB | (DISC, USE KT1212N) KIT, CONTR | 162.38 | 1,569.53 |
| 7/14/2004 | 47791499 | JOB | Equipment Charge | 162.38 | 1,407.15 |
| 7/13/2004 | 47782611 | CM | Equipment Charge | -225.76 | 1,244.77 |

| Date | Invoice# | Type | Comment | Amount | Balance |
|------|----------|------|---------|-------:|--------:|
| 7/5/2004 | 47599614 | RECUR | Recurring Services | 263.68 | 1,470.53 |
| 6/3/2004 | 47187143 | RECUR | Recurring Services | 113.23 | 1,206.85 |
| 6/3/2004 | 47187142 | RECUR | Recurring Services | 604.18 | 1,093.62 |
| 5/5/2004 | | CK# 13202 | Check | -921.05 | 489.44 |
| 5/3/2004 | 46786083 | RECUR | Recurring Services | 263.68 | 1,410.49 |
| 4/26/2004 | 46712715 | JOB | (DISC, USE KT1212N) KIT, CONTR | 225.76 | 1,146.81 |
| 4/3/2004 | 46386601 | RECUR | Recurring Services | 140.03 | 921.05 |
| 4/3/2004 | 46386600 | RECUR | Recurring Services | 1,145.35 | 781.02 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | -364.33 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | -326.49 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | -273.45 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | -235.61 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | -182.57 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | -144.73 |
| 3/19/2004 | | CK# 12803 | Check | -38.21 | -91.69 |
| 3/19/2004 | | CK# 12803 | Check | -52.67 | -53.48 |
| 3/19/2004 | | CK# 12803 | Check | -38.21 | -0.81 |
| 3/19/2004 | | CK# 12803 | Check | -52.67 | 37.40 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | 90.07 |
| 3/19/2004 | | CK# 12803 | Check | -38.21 | 127.91 |
| 3/19/2004 | | CK# 12803 | Check | -52.67 | 166.12 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | 218.79 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | 256.63 |
| 3/19/2004 | | CK# 12803 | Check | -37.84 | 309.67 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | 347.51 |
| 3/19/2004 | | CK# 12803 | Check | -53.04 | 400.55 |
| 3/19/2004 | | CK# 12803 | Check | -37.96 | 453.59 |
| 3/19/2004 | | CK# 12803 | Check | -52.92 | 491.55 |
| 3/19/2004 | | CK# 12742 | Check | -37.83 | 544.47 |
| 3/19/2004 | | CK# 12742 | Check | -53.05 | 582.30 |
| 3/15/2004 | 46195257 | MANUAL | Equipment Charge | 53.63 | 635.35 |
| 3/13/2004 | 46156242 | JOB | Activation/Connection Fee | 53.04 | 581.72 |
| 3/13/2004 | 46156241 | JOB | Activation/Connection Fee | 53.04 | 528.68 |
| 3/13/2004 | 46156240 | JOB | Activation/Connection Fee | 53.04 | 475.64 |
| 3/13/2004 | 46156239 | JOB | Activation/Connection Fee | 52.92 | 422.60 |
| 3/13/2004 | 46156238 | JOB | Activation/Connection Fee | 53.04 | 369.68 |
| 3/13/2004 | 46156237 | JOB | Activation/Connection Fee | 52.67 | 316.64 |
| 3/13/2004 | 46156236 | JOB | Activation/Connection Fee | 52.67 | 263.97 |
| 3/13/2004 | 46156235 | JOB | Activation/Connection Fee | 53.04 | 211.30 |
| 3/13/2004 | 46156234 | JOB | Activation/Connection Fee | 52.67 | 158.26 |
| 3/13/2004 | 46156233 | JOB | Activation/Connection Fee | 53.04 | 105.59 |
| 3/13/2004 | 46156225 | JOB | Activation/Connection Fee | 52.55 | 52.55 |

**6/13/2012 15:34:33**                    **Mail Out Report**                    Page 1 of 1

PROTECTION ONE

Site First to Last                    **Active Dates** First to Last                    **Dates** 5/20/2012 to 5/20/2012

**WHIP IN # 109**
**3405 BROADWAY BLVD**
**GARLAND TX 75043-1619**

**CS#** J0339722                                  **Site Name** WHIP IN # 109
                                          **Site Address** 3405 BROADWAY BLVD GARLAND, TX  75043-1619
                                          **Phone** 972 271-1239                    **Vrt#** 100339722                    **Alt#**

| Day | Date | Op | Zone | Event | Location/Comment | User/Phone |
|-----|------|-----|------|-------|------------------|------------|
| Sun | 5/20/2012 05:50:21 | | CALLID | SG039 Caller ID | CallerID: (972) 271 - 1239 | |
| Sun | 5/20/2012 07:11:56 | | CALLID | SG039 Caller ID | CallerID: (972) 271 - 1239 | |
| Sun | 5/20/2012 07:12:00 | | 6 | PHU156 Hold Up (DISP) PI COUNTER PANIC | | |
| Sun | 5/20/2012 07:12:01 | KAM | | AA ALARM ACCESSED | | |
| Sun | 5/20/2012 07:12:05 | KAM | | 4097 DIALED NUMBER | GARLAND, TX POLICE | 972 272-4565 |
| Sun | 5/20/2012 07:12:17 | KAM | | OA-016 DISPATCH PD-HU. GARLAND, TX POLICE | | 972 272-4565 |
| Sun | 5/20/2012 07:13:39 | KAM | | DP Dispatched Police | Ref# OPERATOR 8975 | |
| Sun | 5/20/2012 07:13:53 | KAM | | PC Partial Clear | New priority:55 Delay:30 | |
| Sun | 5/20/2012 07:56:46 | MEE | | AA ALARM ACCESSED | | |
| Sun | 5/20/2012 07:57:30 | MEE | | 4097 DIALED NUMBER | GARLAND, TX POLICE | 972 272-4565 |
| Sun | 5/20/2012 07:57:33 | MEE | | OA-016 DISPATCH PD-HU. GARLAND, TX POLICE | | 972 272-4565 |
| Sun | 5/20/2012 07:59:28 | MEE | | ND Dispatch Agency (no re | | |
| | OPER # 9250   DISPOSITION: THERE WAS A ROBERY ATTEMPT. POLICE ARE AT THE SITE. | | | | | |
| Sun | 5/20/2012 08:02:27 | MEE | | 4097 DIALED NUMBER | Premise | 972 271-1239 |
| Sun | 5/20/2012 08:03:07 | MEE | | OA-010 ANS MACH-NO MS Premise | | 972 271-1239 |
| Sun | 5/20/2012 08:03:08 | MEE | | 4097 DIALED NUMBER | ANNA LUNCEFORD | 214 769-3736 |
| Sun | 5/20/2012 08:04:58 | MEE | | OA-004 NOTIFIED C-LIST | ANNA LUNCEFORD | 214 769-3736 |
| Sun | 5/20/2012 08:05:46 | MEE | | FC FULL CLEAR | Full Clear New priority:100 | |
| | SPK W/ ANNA.  GOOD PA.  ADV OF DISPOSITION.  SHE WAS AWARE OF THE ISSUE. | | | | | |
| Sun | 5/20/2012 22:15:47 | | CALLID | SG039 Caller ID | CallerID: (972) 271 - 1239 | |
| Sun | 5/20/2012 22:15:53 | | R408 | CIR408 Quick Arm | | 0-User# 0 |

6/13/2012 3:35 pm

# Site Database Report
## PROTECTION ONE

Page 1 of 2

| Installer# First to Last | CS# J0339722 to J0339722 | Corporate Account All |
|---|---|---|

| Site# | Site Name & Address | Time Zone/Daylight Savings | Site Type/Status |
|---|---|---|---|
| 1849030 | WHIP IN # 109 | Central Time Zone | Commercial |
| | 3405 BROADWAY BLVD | Observed | Active |
| | GARLAND, TX 75043-1619 | Cross Street    COLNELL | |
| | | Codewords    CINNAMON | |
| | 972 271-1239 | | |
| | Installing Company   11345-DALLAS | Corporate Account   1-Wichita CC | |
| | | Service Company    11345-DALLAS | |

| Agency#-Name/Comment | Address | Type | Phone 1 | Phone 2 |
|---|---|---|---|---|
| 35146-GARLAND, TX FIRE | GARLAND, TX | F | 972 272-4565 | |
| 62318-GARLAND, TX POLICE | GARLAND, TX | P | 972 272-4565 | |
| 96574-GARLAND, TX EMS | GARLAND, TX | M | 972 272-4565 | |

| Contact Name | CS Seq | Contact Type | | Relation | | | Call List | |
|---|---|---|---|---|---|---|---|---|
| Contact# | Authority | | Keys? PIN | | | | Site Dates | Verify? |
| KATHY ROCKEY | | MON-Monitoring Contact | | EMPL-Employee | | | | |
| 10967456 | L1-All Functions | | N | | | | 3/10/2004-9/2/2008 | N |
| **Phone/Email** | **Ext** | **Type** | **Call Days** | **Times** | **Except?** | **Inactive** | | |
| 214 727-7571 | | CL | | | | 11/8/2007 | | |
| @WN | | | | | | | | |
| 972 279-1555 | | H1 | | | | 11/8/2007 | | |
| @WN | | | | | | | | |
| ANNA LUNCEFORD | 1 | MON-Monitoring Contact | | EMPL-Employee | | | | |
| 10967450 | L1-All Functions | | N | | | | 3/10/2004-Permanent | N |
| **Phone/Email** | **Ext** | **Type** | **Call Days** | **Times** | **Except?** | **Inactive** | | |
| 972 926-0555 | | H1 | | | | 3/1/2007 | | |
| 214 769-3736 | | CL | | | | | | |
| NANCY HARRIS | 20 | MON-Monitoring Contact | | EMPL-Employee | | | | |
| 10967454 | L1-All Functions | | N | | | | 3/10/2004-Permanent | N |
| **Phone/Email** | **Ext** | **Type** | **Call Days** | **Times** | **Except?** | **Inactive** | | |
| 972 271-8902 | | H1 | | | N | 9/2/2008 | | |
| 214 577-3198 | | CL | | | N | 9/2/2008 | | |
| 469 279-9062 | | CL | | | N | 6/7/2011 | | |
| MICHAEL FRANK | 40 | MON-Monitoring Contact | | PRCE-President/CEO | | | | |
| 10967048 | L1-All Functions | | N | | | | 3/10/2004-Permanent | N |
| **Phone/Email** | **Ext** | **Type** | **Call Days** | **Times** | **Except?** | **Inactive** | | |
| 972 226-6933 | | H1 | | | N | | | |
| 469 955-7901 | | CL | | | N | | | |

**Contact List#  1-L1**

| Seq# | Contact# | Name |
|---|---|---|
| 1 | 10967450 | ANNA LUNCEFORD |
| 2 | 10967454 | NANCY HARRIS |
| 3 | 10967048 | MICHAEL FRANK |

**Contact List#  5-L5 - ECV (First Call)**

| Seq# | Contact# | Name |
|---|---|---|
| 1 | 10967450 | ANNA LUNCEFORD |

| Gen Dispatch Permanent | Effective Date | 3/11/2004 00:00 | Expire Date |
|---|---|---|---|

```
CW:CINNAMON
XST:COLNELL
C/TYPE:P TPM:
SUBD:
DISR ZN 50 LOW BATT
CALL CONTACT LIST BEFORE DISPATCHING
*****DONT CALL ON OPENS/CLOSES******
```

6/13/2012 3:35 pm

# Site Database Report
## PROTECTION ONE

Page 2 of 2

**Installer#** First to Last          **CS#** J0339722 to J0339722          **Corporate Account** All

**CS#** J0339722          **System Type** AD300 Ademco 300 P1

| | **ATI Hours** | 745 | **Minutes** | | **ATI Late Event#** N-NOTT | | **Active Date** 4/21/2004 |
|---|---|---|---|---|---|---|---|

**Alt ATI Hours**     **Minutes**          **ATI Global**

**ATI Option**          **ATI Page**

| Zone GL Sch | State Sch# | Location/Comment Alarm Group | Page Restore? | GL Page | Event Equipment Type |
|---|---|---|---|---|---|
| 1 | Alarm | FRONT L DR EE ENTRY DEL. | N | B5 | PBU505-Burglary P-1C-PD-CL |
| 2 | Alarm | FRONT R DR PERIMETER DC | N | B5 | PBU505-Burglary P-1C-PD-CL |
| 3 | Alarm | BACK MOTION MOTION | N | B5 | PBU505-Burglary P-1C-PD-CL |
| 4 | Alarm | FRONT MOTION MOTION | N | B5 | PBU505-Burglary P-1C-PD-CL |
| 5 | Alarm | FRONT GLSBK GLASSBREAI | N | B5 | PBU505-Burglary P-1C-PD-CL |
| 6 | Alarm | COUNTER PANIC | N | | PHU156-Hold Up (DISP) PD-P-CL |
| 50 | Alarm | WRLS PANIC | N | | PHU156-Hold Up (DISP) PD-P-CL |
| 96 | Alarm | MEDICAL | N | | PME012-Medical P-MD-CL |
| 99 | Alarm | POLICE PANIC | N | | PHU156-Hold Up (DISP) PD-P-CL |
| E121 | Alarm | DURESS MANUAL TRIGGERI | N | | PHU156-Hold Up (DISP) PD-P-CL |
| O/C | Armed 1 | OPEN/CLOSE | N | | PCL499-Arm LOG |
| O/C | Disarm 1 | OPEN/CLOSE | N | | POP499-Disarm LOG |

 **Protection One**   INSTALLATION WORK ORDER ADDENDUM

Customer # 31574205

CS# J333 9894

Branch Number

Site Number

Customer Last Name TMT INC    First Name    MI    Today's Date 2-25-04

On Site Contact    Area Code 972 Contact Telephone Number 270 0760

Site Name WHIP IN # 117    Area Code 972 Site Telephone Number 539 5428

Site Address 2240 Morris Rd. #100    City Flower Mound    State TX    Zip Code 75028

Billing Address (if different from above) 3546 Delford Cir    City Dallas    State TX    Zip Code 75228

## INSTALLATION INFORMATION

Agent #    Alarm Permit #    Commitment Date/Time    AC&T Contact 030204

Job # 40302580    Total Travel Time    Authorization # 202003

Tech Name Bryan Sapp    Arrive Time 8:00    Job Rescheduled    System Type Vista 10 SE

Tech ID # 7.166    Depart Time    ☐ Yes ☒ No    Panel Location Back

Tech Name    Total Work Time 2027    New Commitment Date/Time    AC Location CC-in

Tech ID    Truck ID

## MONITORING CENTER

Phone Number    Phone Number    Protection One Download Number Programmed?

Panel is Calling    Panel Was Calling    ☐ Yes ☐ No

### EQUIPMENT AND LABOR    Page 1 of

Use this box to list any existing equipment that will NOT be connected to the Protection One System. (List equipment attached to system below.)

Storeroom #    ☐ Store Inventory    ☐ Non-Store Inventory    ☐ PO#

| QUANTITY SOLD | QUANTITY INSTALLED | MATERIAL CODE | DESCRIPTION | LOCATION | UNIT PRICE | EXTENDED PRICE ITEMS SOLD | EXTENDED PRICE ITEMS INSTALLED |
|---|---|---|---|---|---|---|---|
| | | | reprogram existing equipment | | 49⁰⁰ | 49⁰⁰ | 49⁰⁰ |

Parts
1- CADS3    X L Boyll X 3-204

N2T  R2 # 0577    Zons
CAY # 96    ① Front Left Door
CSPD # 37    ② Front Right Door
    ③ Back Door
    ④ Back Motion (Far)
    ⑤ Front Motion (Back)
    ⑥ Hold-up

NOTES
- Add 50⁰⁰ for New cell back-up.
O.K. per Mike Fein. -

| | Sold | Installed |
|---|---|---|
| Equipment Charge | 49⁰⁰ | 49⁰⁰ |
| Labor Charge | | |
| Monitoring Fee | 34.95 | 34.95 |
| Activation Fee | | |
| Applicable Tax | 6.23 | 6.23 |
| Subtotal | 90.88 | 90.88 |
| Payment Received | 90.88 | 90.88 |
| TOTAL DUE | | |

✱ MICHAEL W. FRANK    X Michael W. Frank    3/2/2004
Customer/Authorized Signatory Printed Name    Customer/Authorized Signatory Signature    Date

Robert Brinkley    X RCT BY    2-25-04
Security Professional Printed Name    Security Professional Signature    Agent Reg# (California Only)    Date

## METHOD OF PAYMENT

X Check    Check # 12742    DL #    DL State    Charge to Credit Card
☐ MC   ☐ VS  ☐ AMEX   Credit Card #    Expiration Date    Authorization
☐ Billable   Collected at Sale    90⁰⁰    Total Amount Collected    Name on Credit Card

☐ Check    Check #    DL #    DL State    Charge to Credit Card
☐ MC   ☐ VS  ☐ AMEX   Credit Card #    Expiration Date    Authorization
☐ Billable   Collected at Installation    Total Amount Collected    Name on Credit Card

Your signature constitutes: (1) acceptance of the installation and other work performed ("Work") to be satisfactory and completed in a good and workmanlike manner; (2) your acknowledgment that your premises have been left in good and satisfactory condition; and (3) your agreement that any and all charges relating to the Work and equipment charges will be promptly paid. Protection One Alarm Monitoring, Inc. warrants that the parts supplied and labor performed during this installation call will be free of material defects for a period of ninety (90) days from the date of installation.

✱ MICHAEL W. FRANK    X Michael W. Frank    3/2/2004
Customer/Authorized Signatory Printed Name    Customer/Authorized Signatory Signature    Date

Robert Brinkley    X RCT BY    2-25-04
Protection One Authorized Printed Name    Protection One Authorized Signature    Date

See Protection One Licensing Information on the reverse side

PROTECTION ONE COPY    P1-BR308 (4/03)

**Protection One** ®

**COMMERCIAL ACCOUNTS**
**OPEN/CLOSE ADDENDUM**

Service Addendum

Customer # 31574205
CS # J0339722
Tax ID #
Customer Name WHIP-IN #109

Branch #
Site #
Master Contract #

JUN 1 0 2004

Today's Date (mm/dd/yyyy) 6-2-04

## LIST OPENING AND CLOSING TIMES IN BOXES BELOW

Do not use your business hours, but rather set forth the times that the first person enters your premises and the last person leaves your premises. Grace periods are automatically set to permit opening up to 30 minutes early or closing up to 30 minutes late. If any other entries or late closings occur, an AUTHORIZED PERSON must be available when Protection One calls premises giving their NAME and PROPER CODEWORD or PIN, otherwise the appropriate response agency will be notified.

|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| OPEN | 6:00 AM | | | | | 6:00 AM | 7:00 AM |
| CLOSE | 10:00 pm | | | | | 10:00 pm | 10:00 pm |
| OPEN | | | | | | | |
| CLOSE | | | | | | | |
| OPEN | | | | | | | |
| CLOSE | | | | | | | |
| OPEN | | | | | | | |
| CLOSE | | | | | | | |

## PLEASE INDICATE DATES OBSERVED AS HOLIDAYS AND YOU ARE CLOSED

| | | | |
|---|---|---|---|
| NEW YEARS DAY | MEMORIAL DAY | THANKSGIVING DAY | THANKSGIVING FRIDAY |
| MARTIN LUTHER KING DAY | INDEPENDENCE DAY | COLUMBUS DAY | CHRISTMAS EVE |
| PRESIDENT'S DAY | LABOR DAY | ELECTION DAY | CHRISTMAS DAY |
| GOOD FRIDAY | ROSH HASHANAH | VETERANS DAY | OTHER (Describe) |
| EASTER SUNDAY | LABOR DAY | YOM KIPPUR | OTHER (Describe) |

SPECIAL INSTRUCTIONS:

always open on holidays.

Emergency Contacts are shown on Monitoring Information Schedule in the order they are to be notified.

SEND REPORTS:     YES     NO     WEEKLY     ☑ MONTHLY

MAIL TO:                                    ADDRESS:

ATTN:                                        CITY, STATE & ZIP:

X Anna Sincalora                         6-2-04
Customer Signature                          Date

P1-BD052 (11/02)

**Protection One®**  SERVICE WORK ORDER INVOICE

(AP# 0927 04 197025)

83

| | |
|---|---|
| Customer # 7157.42.05 | Branch Number 1000-745 |
| CS# 70329222 | Site Number 8447030 |
| Customer Last Name White In # 109 | First Name / MI / Today's Date 4/21/04 |
| On Site Contact | Area Code / Contact Telephone Number |
| Site Name | Area Code (972) / Site Telephone Number 271-1259 |
| Site Address 3405 Broadway blvd | City Garland | State TX Zip Code 043 |
| Billing Address (if different from above) | City | State Zip Code |
| Customer E-mail Address | |

**MONITORING CENTER** Wos

**TROUBLE REPORTED** replace ADT equipment

Warranty Type PrSCGA
Service Charge Waived? ☐ Yes ☐ No   Waived By _____  General Manager's Signature _____

**TYPE OF CALL**   **AUTHORIZATION TO PROCEED**

☐ Warranty. Labor and parts will be billed as specified in warranty agreement.

☐ Billable (during normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.

☐ Billable (after normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.

☐ Billable per Contract.

I understand that a billable call will be charged at the rates indicated above and hereby authorize the above work to be performed on that basis.

BILLED

| Customer/Authorized Signatory Printed Name | Customer/Authorized Signatory Signature | Date |
|---|---|---|

| | | |
|---|---|---|
| System Type 300P1 | Service Performed Removed ADT V-10 & put in 300P1 & cell back up |
| Install Date | |
| Service Date 4/21/04 | |
| Total Travel Time 30 min | |
| Arrive Time 1500 | |
| Depart Time 1515 | Phone Number Panel is Calling. _____  If Not 800 Number, Reprogrammed to this number _____   Protection One Download Number Programmed? ☐ Yes ☐ No |
| Total Work Time 3hrs 15min | |
| Job Request 40425586 | Job Rescheduled? ☐ Yes ☐ No  New Commitment Date/Time |
| Resolution Code N1 | New Job # |
| Tech Name Joseph Crawford | Tech ID 7417J | Truck ID 2462 |
| Warehouse # | Branch Inventory ☐   Non-Branch Inventory ☐  PO# |

| QTY INSTALLED | REMOVED | MATERIAL CODE | DESCRIPTION | LOCATION | ZONE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | N | KT110LN | Hardwire Kit | | | | 0 |
| | N | GA135-3N | Cell back up | | | | 0 |

**NOTES** Net C - N7245 0677
Cry - 96
CSEO - 37

| | |
|---|---|
| | Equipment Charge |
| | Labor Charge |
| | Applicable Tax |
| | Previous Balance |
| | TOTAL DUE |
| | Total Amount Collected |

☐ Repeat   ☐ Warranty Offered

| ☐ Check  Check Amt | ☐ Check #  DL# | DL State |
| ☐ Credit  Credit Card Amt | ☐ MC ☐ IVS ☐ AMEX  Credit Card # | Exp. Date  Authorization # |
| ☐ Billable | | |

Joe Crawford

Customer/Authorized Signatory Signature _____  Date _____

Signature above constitutes acceptance of above work as satisfactory, that equipment and the customer's residence have been left in good condition, and all charges relating to above work will be promptly paid. All estimates are good for thirty (30) days from date given. Protection One warrants the work performed during this service call for parts and labor for thirty (30) days.

**DON'T FORGET TO TEST YOUR SYSTEM MONTHLY!**
Protection One's limit of liability appears on the back of this document. Please read before you sign.

NSC COPY

P1-SWO02 (03/04)

**Protection One®**

SERVICE WORK ORDER INVOICE

Customer # 315 74265
CS# 50339722

Customer Last Name: Whip IN # 109

On Site Contact

Branch Number 11345
Site Number 1849030
First Name
MI
Today's Date 7/21/05

Area Code 972  Contact Telephone Number 271 1239
Area Code  Site Telephone Number

Site Name

Site Address: 3405 Broadway Blvd
Billing Address (if different from above)

City: Garland
City

State Zip Code: TX 75043
State Zip Code

Customer E-mail Address

## MONITORING CENTER

**TROUBLE REPORTED**

Excessive signals received

Warranty Type
Service Charge Waived?   Yes   No   Waived By

Alarm Permit #
General Manager's Signature

TYPE OF CALL

**AUTHORIZATION TO PROCEED**

X Warranty: Labor and parts will be billed as specified in warranty agreement.

Billable (during normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.

Billable (after normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.

Billable per Contract.

I understand that a billable call will be charged at the rates indicated above and hereby authorize billable work to be performed on that basis.

Customer/Authorized Signatory Printed Name          Customer/Authorized Signatory Signature          Date

System Type: 3W P1          Service Performed
Install Date                 Changed programming on radio to
Service Date: 7/21/05        report if phone fail
Total Travel Time: 750
Arrive Time: 815
Depart Time: 845
Total Work Time                Phone Number Panel is Calling          Protection One Download Number Programmed?   Yes   No
Job Request: 50724663         If Not 800 Number, Reprogrammed to this number
Resolution Code: OP          Job Rescheduled?   Yes   No   New Commitment Date/Time
Tech Name: David             New Job #
Warehouse #: 1000            Tech ID                                      Truck ID
                             Branch Inventory   Non-Branch Inventory   PO#

**QTY  INSTALLED  REMOVED  MATERIAL CODE     DESCRIPTION          LOCATION     ZONE     UNIT PRICE   EXTENDED PRICE**

NOTES

Equipment Charge
Labor Charge          n/c
Applicable Tax
Previous Balance
TOTAL DUE
Total Amount Collected

Repeat          Warranty Offered

Check   Check Amt          Check #          DL#                              DL State
Credit  Credit Card Amt          MC   VS   AMEX Credit Card #          Exp. Date   Authorization #
Billable

Customer/Authorized Signatory Signature          Date 7/21/05

Signature above constitutes acceptance of above work as satisfactory, that all equipment and the customer's residence have been left in good condition, and all charges relating to above work will be promptly paid. All estimates are good for thirty (30) days from date given. Protection One warrants the work performed during this service call for parts and labor for thirty (30) days.

**DON'T FORGET TO TEST YOUR SYSTEM MONTHLY!**
Protection One's limit of liability appears on the back of this document. Please read before you sign.

NSC COPY          P1-SRV002 (01/05)

# Protection One®

**SERVICE WORK ORDER INVOICE**

S/C

| | |
|---|---|
| Customer # 31574205 | Branch Number 11345 |
| CS# 0633 9722 | Site Number 1849030 |
| Customer Last Name | First Name | MI | Today's Date 3-12-04 |

On Site Contact

| | | Area Code | Contact Telephone Number |
|---|---|---|---|

Site Name  ~~DBA~~  Whip IN # 109    Garland    Area Code 972   Site Telephone Number 271 1239

Site Address    City    State 7X  Zip Code 75043

Billing Address (if different from above) 3405  Browning BLVD    City  Garland  7X  State Zip Code 750 43

Customer E-mail Address

## MONITORING CENTER
**TROUBLE REPORTED**

Warranty Type    Alarm Permit #

Service Charge Waived?    Yes    No    Waived By    General Manager's Signature

**TYPE OF CALL**    **AUTHORIZATION TO PROCEED**

- Warranty: Labor and parts will be billed as specified in warranty agreement.
- Billable (during normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.
- Billable (after normal business hours): $_____ for first half hour (minimum 30 minutes) and $_____ each additional 15 minutes, plus parts and tax (where applicable) will be charged.
- Billable per Contract.

I understand that a billable call will be charged at the rates indicated above and hereby authorize billable work to be performed on that basis.

Customer/Authorized Signatory Printed Name    Customer/Authorized Signatory Signature    Date

| | |
|---|---|
| System Type  3oop /  | Service Performed |
| Install Date  3-11-04 | PUT IN NEW BATT |
| Service Date  3-12-04 | |
| Total Travel Time  1.0 | |
| Arrive Time  11:00 | |
| Depart Time | Phone Number Panel is Calling    Protection One Download Number Programmed?  Yes  No |
| Total Work Time | If not 800 Number, Reprogrammed to this number |
| Job Request | Job Rescheduled?  Yes  No  New Commitment Date/Time |
| Resolution Code  RP | New Job #  40315700 |
| Tech Name  Bill A | Tech ID  02975    Truck ID  2620 |
| Warehouse # | Branch Inventory    Non-Branch Inventory    PO# |

| QTY | INSTALLED | REMOVED | MATERIAL CODE | DESCRIPTION | LOCATION | ZONE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NOTES

| | |
|---|---|
| | Equipment Charge |
| | Labor Charge |
| | Applicable Tax |
| | Previous Balance |
| | TOTAL DUE |
| Repeat    Warranty Offered | Total Amount Collected |

| Check | Check Amt | Check # | DL# | | DL State |
|---|---|---|---|---|---|
| Credit | Credit Card Amt | MC  VS  AMEX Credit Card # | Exp. Date | Authorization # |
| Billable | | | | |

Customer/Authorized Signatory Signature    Date  3/12/04

Signature above constitutes acceptance of above work as satisfactory, that equipment and the customer's residence have been left in good condition, and all charges relating to above work will be promptly paid. Protection One warrants the work performed during this service call for parts and labor for thirty (30) days.

**DON'T FORGET TO TEST YOUR SYSTEM MONTHLY!**

Protection One's limit of liability appears on the back of this document. Please read before you sign.

NSC COPY    P1-SRV002 (09/03)

1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 15

11                              DVR Box

12                        (Physical Evidence)

13                        (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 16

11                        Surveillance Video CD

12              (Copy Attached - CDs at end of Volume)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 17

11                    Surveillance Video CD

12          (Copy Attached - CDs at end of Volume)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 18

11                         Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 19

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

PHILLIPS IN STORE
972 271-1239
3405 S. BROADWAY
GARLAND, TX 75043

05/20/2012 7:10:54 AM
Register: 1 Trans #: 8321 Op ID: 4
Your cashier: NANCY

*** NO SALE ***

THANK YOU-

DON'T FORGET YOUR



PENGAD 800-631-6989

STATE'S
EXHIBIT
19

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 20

11                        Register Receipt

12                      (Physical Evidence)

13              (Copy Not Attached - Photo SX19)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 21

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 22

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
22

37

1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 23

11                           Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 24

11                     Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
24

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 25

11                 Arrest Location Map

12                   (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



40

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                  State's Exhibit Number 26
11                        Photograph
12                      (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1

2

3

4

5

6

7

8

9

10                   State's Exhibit Number 27

11                        Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
27

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 28

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
28

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 29

11                              Photograph

12                           (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT

29

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 30

11                         Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
30

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 31

11       In-Car Police Video of Defendant's Transport - CD

12           (Copy Attached - CDs at end of Volume)

13

14

15

16

17

18                         .

19

20

21

22

23

24

25                   .

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                     State's Exhibit Number 33

11       Ambulance Run Sheet - Garland Fire Department Report

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

City of Garland
P.O. Box 469002
Garland, Texas
75046-9002
972-781-7124



## CERTIFICATE OF RECORD

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | {} | |
| | {} | **AFFIDAVIT** |
| **COUNTY OF DALLAS** | {} | |

BEFORE ME, the undersigned authority personally appeared who, being duly sworn, deposed as follows:

My name is **Merrill J. Balanciere**, and I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records for the **Garland Fire Department**. Attached hereto are **12** pages of **Incident Report** for **1208296** from the Garland Fire Department. These said **12** pages of report are kept by the Garland Fire Department in the regular course of business, and it was in the regular course of business of the Garland Fire Department for an employee or representative of the Garland Fire Department, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or transmit information thereof to be included in such records, and the record was made at or near the time or reasonably soon thereafter. The records hereto are the original or exact duplicates of the original.

**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME this the **6 September 2012**.

Notary Public in and for Dallas County, Texas

My Commission Expires on ____5/21/2016____.

STATE'S
EXHIBIT
33

**Incident Report**
**2012-1208296 -000**

Garland Fire Department

| Basic | |
|---|---|
| Alarm Date and Time | 07:14:55   Sunday, May 20, 2012 |
| Arrival Time | 07:19:00 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 08:33:05   Sunday, May 20, 2012 |
| Response Time | 0:04:05 |
| Priority Response | Yes |
| Completed | Yes |
| Fire Department Station | S8 |
| Incident Type | 321 - EMS call, excluding vehicle accident with injury |
| Initial Dispatch Code | FIRE |
| Aid Given or Received | N - None |
| Alarms | 1 |
| Action Taken 1 | 33 - Provide advanced life support (ALS) |
| Action Taken 2 | 34 - Transport person |
| Casualties | No |
| EMS Provided | Yes |
| Apparatus - Suppression | 11 |
| Apparatus - EMS | 1 |
| Personnel - Suppression Personnel | 29 |
| Personnel - EMS Personnel | 2 |
| Property Use | 599 - Business office |
| Location Type | Address |
| Address | 3405  BROADWAY BLVD |
| City, State Zip | Garland, TX 75043 |
| District | 8 |
| Latitude | 25.4706125 |
| Longitude | -700.647850 |

| Apparatus - BC1 | |
|---|---|
| Apparatus ID | BC1 |
| Apparatus Dispatch Date and Time | 07:14:56   Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:20   Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 11:03:09   Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 91 - Mobile command post |
| Personnel 1 | 1686 - Engledow, Archie E |
| | Position: FF |
| Personnel 2 | 1687 - Holcombe, David W |
| | Position: BC |
| Personnel 3 | 1767 - Smith, Robert "Joe" J |
| | Position: BC |

| Apparatus - EMS1 | |
|---|---|
| Apparatus ID | EMS1 |
| Apparatus Dispatch Date and Time | 07:14:57   Sunday, May 20, 2012 |

**Incident Report**
**Garland Fire Department**
**2012-1208296  -000**

| Apparatus - EMS1 | |
|---|---|
| En route to scene date and time | 07:16:05    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:22:52    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 1 |
| Apparatus Use | 1 |
| Apparatus Type | 60 - Support apparatus, other |
| Personnel 1 | 2738 - Cates, Jerry "Michael" M |
| | Position: LT/PM |

| Apparatus - 501 | |
|---|---|
| Apparatus ID | 501 |
| Apparatus Dispatch Date and Time | 07:58:38    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 00 - Other apparatus/resource |

| Apparatus - 502 | |
|---|---|
| Apparatus ID | 502 |
| Apparatus Dispatch Date and Time | 08:12:54    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 00 - Other apparatus/resource |

| Apparatus - A8 | |
|---|---|
| Apparatus ID | A8 |
| Response Time | 0:02:58 |
| Apparatus Dispatch Date and Time | 07:14:56    Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:02    Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:19:00    Sunday, May 20, 2012 |
| En route to facility date and time | 07:22:11    Sunday, May 20, 2012 |
| Arrive facility date and time | 07:42:07    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 08:33:05    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 2 |
| Apparatus Use | 2 |
| Apparatus Type | 76 - ALS unit |
| Personnel 1 | 6365 - Perez, John A |
| | Position: FF/PARA |
| Personnel 2 | 3715 - Crews, William "Bill" J |
| | Position: DE/PARA |

| Apparatus - E9 | |
|---|---|
| Apparatus ID | E9 |
| Response Time | 0:02:38 |
| Apparatus Dispatch Date and Time | 07:14:55    Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:50    Sunday, May 20, 2012 |

**Incident Report**
**Garland Fire Department**
**2012-1208296  -000**

| Apparatus - E9 | |
|---|---|
| Apparatus Arrival Date and Time | 07:19:28    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 08:48:05    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 4 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 8983 - Church, Gary R |
| | Position: FF |
| Personnel 2 | 9329 - Farris, Bret R |
| | Position: FF |
| Personnel 3 | 3207 - Craft, Kenneth R |
| | Position: CAPT/PM |
| Personnel 4 | 4494 - Morgan, Harry K |
| | Position: FF/PARA |

| Apparatus - T4 | |
|---|---|
| Apparatus ID | T4 |
| Response Time | 0:03:19 |
| Apparatus Dispatch Date and Time | 07:14:55    Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:18    Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:19:37    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:22:52    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 5 |
| Apparatus Use | 1 |
| Apparatus Type | 13 - Quint |
| Personnel 1 | 5646 - Foster, Joey R |
| | Position: FF/PARA |
| Personnel 2 | 7176 - Ballester, Von "Paul" P |
| | Position: FF/PARA |
| Personnel 3 | 9241 - Mize, Joshua N |
| | Position: FF |
| Personnel 4 | 1612 - Pollard, John "Barry" B |
| | Position: CAPT |
| Personnel 5 | 1688 - Baker, Michael  "MA" A |
| | Position: DE |

| Apparatus - BC2 | |
|---|---|
| Apparatus ID | BC2 |
| Response Time | 0:04:54 |
| Apparatus Dispatch Date and Time | 07:14:56    Sunday, May 20, 2012 |
| En route to scene date and time | 07:15:16    Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:20:10    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:46:13    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 91 - Mobile command post |

**Incident Report**                           Garland Fire Department

**2012-1208296 -000**

| Apparatus - T1 | |
|---|---|
| Apparatus ID | T1 |
| Response Time | 0:05:04 |
| Apparatus Dispatch Date and Time | 07:14:55    Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:52    Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:21:56    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:23:23    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 6 |
| Apparatus Use | 1 |
| Apparatus Type | 13 - Quint |
| Personnel 1 | 6350 - Brawner, Matthew G |
| | Position: FF/PARA |
| Personnel 2 | 8630 - Brinkley, Bobby K |
| | Position: FF |
| Personnel 3 | 6606 - Grammer, Clinton "Clint" D |
| | Position: FF |
| Personnel 4 | 3205 - Ward, Brian W |
| | Position: DE/PARA |
| Personnel 5 | 3210 - Short, Ronald "Ron" M |
| | Position: LT/PM |
| Personnel 6 | 3217 - Marlin, Joel E |
| | Position: CAPT/PM |

| Apparatus - E2 | |
|---|---|
| Apparatus ID | E2 |
| Response Time | 0:05:59 |
| Apparatus Dispatch Date and Time | 07:14:56    Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:53    Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:22:52    Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:23:27    Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 5 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 9334 - Spears, Robert J |
| | Position: FF |
| Personnel 2 | 1918 - Warren, Harley E |
| | Position: CAPT |
| Personnel 3 | 2586 - Haselden, David |
| | Position: DE/PARA |
| Personnel 4 | 2798 - Massey, Frank A |
| | Position: CAPT/PM |
| Personnel 5 | 3051 - Dugger, Jr., James W |
| | Position: FF/PARA |

| Apparatus - E8 | |
|---|---|

# Incident Report
## 2012-1208296 -000

| Apparatus - E8 | |
|---|---|
| Apparatus ID | E8 |
| Response Time | 0:06:22 |
| Apparatus Dispatch Date and Time | 07:14:55   Sunday, May 20, 2012 |
| En route to scene date and time | 07:16:32   Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:22:54   Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:37:36   Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 4855 - Stone, Corey C<br>Position: DE/PARA |
| Personnel 2 | 2413 - Hutson, Robert D<br>Position: FF/PARA |
| Personnel 3 | 2512 - Gott, David M<br>Position: CAPT/PM |

| Apparatus - A9 | |
|---|---|
| Apparatus ID | A9 |
| Response Time | 0:04:04 |
| Apparatus Dispatch Date and Time | 07:18:15   Sunday, May 20, 2012 |
| En route to scene date and time | 07:20:01   Sunday, May 20, 2012 |
| Apparatus Arrival Date and Time | 07:24:05   Sunday, May 20, 2012 |
| Apparatus Clear Date and Time | 07:45:37   Sunday, May 20, 2012 |
| Apparatus priority response | Yes |
| Number of People | 2 |
| Apparatus Use | 1 |
| Apparatus Type | 76 - ALS unit |
| Personnel 1 | 6381 - Richards, David J<br>Position: FF/PARA |
| Personnel 2 | 2062 - Strickland, Troy W<br>Position: DE/PARA |

| Authority | |
|---|---|
| Reported By | 3715 - Crews, William "Bill" J |
| Officer In Charge | 3207 - Craft, Kenneth R<br>11:17:36   Sunday, May 20, 2012 |
| Reviewer | - , |

| Narratives | |
|---|---|
| Narrative Name | CAD |
| Narrative Type | Incident |
| Author | - , |
| Narrative Text | F1208296   E Type:FIRE   NON MEDICAL RESPONSE   Sub Type:STR |

Printed:  09/06/2012 13:32:05

**Incident Report**    Garland Fire Department
2012-1208296 -000

| Narratives |
|---|
| FIRE IN A BUILDING - NON SINGLE FAMILY  Disp: |
| COMMENTS: |
| IND/SIDE DR REAR RIGHT HALL MOTIONTRIP/0654WNFIRE INSIDE AS |
| WELLSUBJ IN FIREFIRE INSIDEConfigure me253-WILL BE A ROBBERY TURNED |
| ARSONCRIME SCENEFORENSICS NOTFD253- SUSPECT SHORT HEAVY SET |
| BMfire is outWILL BE AT FINA 3405 BROADWAYNEED RESPNSIBLE FORWHIP |
| IN FINAREQ ARSON INV501 NOTIFIED AND WILL BE ENRTETA 20MINS |

End of Report

# Garland Fire Department

**1500 HWY 66**
**GARLAND, Dallas, TX, 75040**
**(972) 781-7100 Ext.**

**NPI:** 1750323556
**EMS Agency Number:** 57060

| | |
|---|---|
| **Run Number:** | 1208296 |
| **Incident Number:** | 1208296 |
| **Date of Service:** | 05/20/2012 |
| **Patient Name:** | NANCY HARRIS |

## CREW INFO

| | |
|---|---|
| Vehicle: | A8 |
| Call Sign: | |
| Resp No: | |
| Primary Role: | Transport |
| Crew #1 ID: | CREWS, WILLIAM "BILL" |
| Crew #1 Role: | Primary Patient Caregiver |
| Crew #1 Level: | EMT-Paramedic |
| Crew #2 ID: | PEREZ, JOHN |
| Crew #2 Role: | Secondary Patient Caregiver |
| Crew #2 Level: | EMT-Paramedic |
| Crew #3 Role: | |
| Crew #3 Level: | |
| Disp Locn: | |
| Disp Zone: | |
| Disp GPS Locn: | |
| Other EMS Agency: | Not Applicable |
| Est First At Scene: | |
| First At Scene time: | |
| Doc'd By: | CREWS, WILLIAM "BILL" |
| Assisted By: | |

## RESPONSE INFO

| | |
|---|---|
| Med/Trauma: | Medical |
| Call Type: | |
| Resp Priority: | Emergency |
| Nature Of Call: | Burn(s) |
| EMD Performed: | |
| EMD Card No: | |
| Dispatch Delay: | |
| Resp. Delay: | None |
| Call Taken by: | Phone Call |
| Resp. with: | Not Applicable |
| Locn Type: | Place of Business |
| Location: | 3405 BROADWAY BLVD Garland, Dallas, TX 75043 |
| Scene Zone No: | |
| Scene GPS Locn: | |
| Pt. Found: | Standing/Walking |
| No of Patients: | 1 |
| Sending Fac Med Rec No: | |
| Mass Casualty Inc: | No |
| Possible Injury: | |

## DISPOSITION

| | |
|---|---|
| Type of Service: | 911 Response (Scene) |
| Outcome: | Treated, Transported by EMS |
| Dest. Reason: | Trama Center |
| Trans. Priority: | Code 3 Priority 1 |
| Odometer Start: | |
| At Scene Mileage: | |
| At Dest. Mileage: | 21.9 |
| Odometer End: | |
| Patients Txed from Amb: | |
| Cond at Dest.: | Worse |
| Dest Type: | |
| Protocols Used: | |
| Level of Care: | |
| Barriers to Care: | |
| Pt. Transported: | Supine - Stretcher |
| Scene Delay: | None |
| Trans. Delay: | None |
| Dest Delay: | None |
| Destination: | Parkland Memorial Hospital 5201 HARRY HINES BLVD DALLAS, Dallas, TX 75235 |
| Dest Zone No: | |
| Dest GPS Locn: | |
| Dest Fac Med Rec No: | |
| Recv Doctor: | |
| Transporting Agency: | Garland Fire Department |

## TIMES

| | |
|---|---|
| Injury: | 07:10 05-20-12 |
| PSAP: | |
| Recvd: | 07:14 05-20-12 |
| Dispatch: | 07:14 05-20-12 |
| En route: | 07:16 05-20-12 |
| At scene: | 07:19 05-20-12 |
| At patient: | 07:20 05-20-12 |
| Trans of Care: | 07:45 05-20-12 |
| Transport: | 07:22 05-20-12 |
| At dest.: | 07:42 05-20-12 |
| In service: | 08:33 05-20-12 |
| At base: | |

## PATIENT INFORMATION

| | |
|---|---|
| Name : | NANCY HARRIS |
| SSN : | 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 |
| Sex : | Female |
| Race : | Caucasian |
| Ethnicity : | Not Hispanic or Latino |
| Broselow/ Luten Color : | |

| | |
|---|---|
| Phone : | |
| DOB : | 03/01/1936 (76 yrs) |
| Weight : | 155 lbs (70.31 kgs) |
| Emergency Info Form : | |
| DL Info : | |
| Advanced Directives : | |

| | |
|---|---|
| Home Country : | |
| Home Addr.: | PUTP GARLAND |
| Mailing Addr.: | |
| Doctor: | |

## INSURANCE

| | |
|---|---|
| Condition code: | |
| Modifier : | |

*no insurance information entered*

## PATIENT COMPLAINTS

**Chief Complaint**
Burns(Primary)

## Garland Fire Department

1500 HWY 66
GARLAND, Dallas, TX, 75040
(972) 781-7100 Ext.

NPI:  1750323556
EMS Agency Number:  57060

| | |
|---|---|
| Run Number: | 1208296 |
| Incident Number: | 1208296 |
| Date of Service: | 05/20/2012 |
| Patient Name: | NANCY HARRIS |

### HISTORY

**Past Medical History**
| | | |
|---|---|---|
| Diabetes | Hypertension | Pacemaker |

**Allergies**
Codeine

**Medications**
| | |
|---|---|
| Diovan  - | Other  - |
| | Note: GENOVIA |

**Medical History Obtained From**
Patient

### ASSESSMENT

| | | | |
|---|---|---|---|
| ETOH/Drug use: | None | Pregnancy: | No |

**05/20/2012  07:23:00    By:  CREWS, WILLIAM "BILL"**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | BSCBL :<br>Chest Expansion - Symmetrical |
| Circulation | Pulses - Radial - Normal | Blood/Fluid Loss | None Noted |
| Head | Burn - Chemical :<br>Burn - Thermal :<br>Edema | Face | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Left Ear | Burn - Chemical :<br>Burn - Thermal :<br>Edema | Right Ear | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Left Eye | Burn - Chemical :<br>Burn - Thermal :<br>Edema | Right Eye | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Nose | Burn - Chemical :<br>Burn - Thermal :<br>Edema | Neck | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Trachea | Midline | Chest | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Pelvis | Assessed with No Abnormalities | Genitalia | Not Assessed |
| Upper Left Arm | Burn - Chemical :<br>Burn - Thermal | Upper Right Arm | Burn - Chemical :<br>Burn - Thermal |
| Lower Left Arm | Assessed with No Abnormalities | Lower Right Arm | Assessed with No Abnormalities |
| Left Hand | Assessed with No Abnormalities | Right Hand | Assessed with No Abnormalities |
| Upper Left Leg | Assessed with No Abnormalities | Upper Right Leg | Assessed with No Abnormalities |
| Lower Left Leg | Burn - Chemical :<br>Burn - Thermal | Lower Right Leg | Assessed with No Abnormalities |
| Left Foot | Burn - Chemical :<br>Burn - Thermal : | Right Foot | Assessed with No Abnormalities |
| Abdomen - Left Lower | Burn - Chemical :<br>Burn - Thermal | Abdomen - Left Upper | Burn - Chemical :<br>Burn - Thermal |
| Abdomen - Right Lower | Burn - Chemical :<br>Burn - Thermal | Abdomen - Right Upper | Burn - Chemical :<br>Burn - Thermal |
| Ankle | Assessed with No Abnormalities :<br>Burn - Chemical :<br>Burn - Thermal | Back - Cervical | Assessed with No Abnormalities |
| Back - Sacral | Assessed with No Abnormalities | Back - Thoracic | Assessed with No Abnormalities |
| Buttocks | Assessed with No Abnormalities | Digits | Assessed with No Abnormalities |
| External/Skin | Burn | Knee | Assessed with No Abnormalities |
| Mental Status | A&O X3 | Shoulder | Burn - Chemical :<br>Burn - Thermal |
| Spine | Assessed with No Abnormalities | Throat/Mouth | Burn - Chemical :<br>Burn - Thermal :<br>Edema |
| Wrist | Assessed with No Abnormalities | | |

### IMPRESSIONS

**Primary Impression:**    Burn

## Garland Fire Department

**1500 HWY 66**
**GARLAND, Dallas, TX, 75040**
**(972) 781-7100 Ext.**

**NPI:** 1750323556
**EMS Agency Number:** 57060

| | |
|---|---|
| **Run Number:** | 1208296 |
| **Incident Number:** | 1208296 |
| **Date of Service:** | 05/20/2012 |
| **Patient Name:** | NANCY HARRIS |

### CARDIAC ARREST

*no cardiac arrest entered*

### TRAUMA

**MVA Details :**    Row Location :      Position :      Height of Fall:

**Trauma**
Burn Percent - 10+% Face/Airway
**Cause of Injury**
Fire and Flames (E89X.0)
**Injury Intent type**
Intentional, Other (Assaulted)

### VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2012 7:24 | No | 140/70 Automated Cuff | 66, Strong, Regular | | 26 Normal, Regular | | | 246 | E4 + V5 + M6 = 15 |

Skin Temp=Warm   Skin Color=Other   Skin Moisure=Moist   Lung Sounds Left=Normal BS   Lung Sounds Right=Normal BS   Cap. Refill=Normal
Level of Consciousness: Alert; Pain Scale=10; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;
**Taken by:**   Medtronic LIFEPAK 12/15

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2012 7:36 | No | 141/73 Automated Cuff | 105, Normal, Regular | | 26 Normal, Regular | 96% | | | E4 + V5 + M6 = 15 |

Lung Sounds Left=Normal BS   Lung Sounds Right=Normal BS   Cap. Refill=Normal
Level of Consciousness: Alert; Pain Scale=8; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;
Cardiac Rhythm=Sinus Tachycardia
**Taken by:**   Medtronic LIFEPAK 12/15

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2012 7:39 | No | 144/76 Automated Cuff | 102, Normal, Regular | | 26 Normal, Regular | 95% | | | E4 + V5 + M6 = 15 |

Lung Sounds Left=Normal BS   Lung Sounds Right=Normal BS   Cap. Refill=Normal
Level of Consciousness: Alert; Pain Scale=7; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;
**Taken by:**   Medtronic LIFEPAK 12/15

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2012 7:42 | No | 152/76 Automated Cuff | 103, Normal, Regular | | 26 Labored, Regular | 94% | , | | E4 + V5 + M6 = 15 |

Lung Sounds Left=Stridor   Lung Sounds Right=Stridor   Cap. Refill=Normal
Level of Consciousness: Alert; Pain Scale=7; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;
**Taken by:**   Medtronic LIFEPAK 12/15

### TRAUMA SCORES

*no trauma scores entered*
     Comments:

### PRIOR AID

*no prior aid entered*

### TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|

## Garland Fire Department

1500 HWY 66
GARLAND, Dallas, TX, 75040
(972) 781-7100 Ext.

NPI: 1750323556
EMS Agency Number: 57060

| | |
|---|---|
| Run Number: | 1208296 |
| Incident Number: | 1208296 |
| Date of Service: | 05/20/2012 |
| Patient Name: | NANCY HARRIS |

### TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 07:24 | No | Oxygen | CREWS, WILLIAM "BILL" | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Indication=Trauma | | Dosage=15 | Dosage Units=LPM |
| | | Route=NRB | | Response=Unchanged | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 07:25 | No | IV | PEREZ, JOHN | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | # of Attempts=1 | | Successful=Yes | IV Site=Antecubital-Right |
| | | Size=16 G | | Tubing=Saline Lock | Solution=Saline Flush |
| | | Rate=Saline Lock | | Response=Unchanged | Status at Dest=Patent |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 07:30 | No | IV - Bolus | CREWS, WILLIAM "BILL" | Per BioTel | BURN FLUID RESUCITATION PROTOCOL. 680ML / HOUR |
| | | **Complication** None | | **Complication Narrative** | |
| | | Bolus Amount=500 ML | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 07:31 | No | Activation Adult Trauma | CREWS, WILLIAM "BILL" | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | # of Attempts=1 | | Successful=Yes | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 07:33 | No | Fentanyl | CREWS, WILLIAM "BILL" | Per BioTel | |
| | | **Complication** | | **Complication Narrative** | |
| | | Indication=Pain Management | | Dosage=100 | Dose Units=MCG |
| | | Route=Intravenous | | Response=Improved | |

Page 4 of 6

## Garland Fire Department

1500 HWY 66
GARLAND, Dallas, TX, 75040
(972) 781-7100 Ext.

NPI:    1750323556
EMS Agency Number:    57060

| | |
|---|---|
| **Run Number:** | 1208296 |
| **Incident Number:** | 1208296 |
| **Date of Service:** | 05/20/2012 |
| **Patient Name:** | NANCY HARRIS |

### NARRATIVE

ON 5/20/12 AT 0714 GFD CREWS WERE DISPATCHED TO A REPORTED BUILDING FIRE AT 3342 BROADWAY IN GARLAND, TX. WHILE EN ROUTE RESPONDING UNITS WERE NOTIFIED THAT THIS WAS A ROBBERY TURNED ARSON. UPON ARRIVAL IN THE AREA POLICE OFFICERS FLAGGED E9 AND A8 INTO THE FINA PARKING LOT AT 3405 BROADWAY. POLICE OFFICERS NOTIFIED THE CREW OF A8 THAT THE STORE CLERK HAD BEEN DOUSED WITH BLEACH AND THEN SET ON FIRE.

A8 FOUND PT STANDING IN FRONT OF THE ENTRANCE TO THE BUILDING WITH OBVIOUS BURNS TO THE HEAD, FACE, CHEST, ARMS AND LOWER LEFT LEG. PT IS PLEADING FOR SOMEONE TO HELP HER. PT IS AO X 3. PT RELATES THAT SOMEONE CAME INTO THE STORE AND COVERED IN AN UNKNOWN LIQUID AND THEN SET HER ON FIRE. PT RELATES THAT SHE IS IN AN EXTREME AMOUNT OF PAIN. PT DENIES ANY DIFFICULTY BREATHING. A8 CREW PLACED PT ON COT AND MOVED PT TO AMB ON COT. CREWS AND PEREZ REMAINED IN BACK OF AMBULANCE TO PROVIDE PT CARE. MORGAN DROVE AMBULANCE TO HOSPITAL. A8 TRANSPORTED PT C3P1 TO PARKLAND.

INTIAL ASSESSMENT IN AMBULANCE FOUND FIRST, SECOND, AND THIRD DEGREE BURNS TO ENTIRITY OF PT HEAD AND FACE. HAIR IN BOTH NARES SINGED. BURNS TO PT EYELIDS, PT UNABLE TO OPEN EYES DUE TO EDEMA AND UNABLE TO RELATE ANY VISION LOSS. PT LIPS BURNED AND EDEMA RESTRICTING PT ABILITY TO OPEN MOUTH. BURNS OF 1ST, 2ND AND 3RD DEGREE ALSO NOTED TO PT'S CHEST, SHOULDERS BILATERALLY, UPPER ARMS BILATERALLY, LOWER LEFT LEG AND TOP OF LEFT FOOD. MOST OF PT SHIRT AND BRA WERE BURNED AWAY. LOWER LEFT PANT LEG BURNED AWAY AND THE TOP OF LEFT SHOE WAS BURNED. PT PANTS WERE CUT OFF BY PEREZ AND BOTH SHOES REMOVED.

OXYGEN GIVEN VIA NRB AT 15LPM. IV ESTABLISHED, 16 GA RIGHT AC. BIOTEL CONTACTED TO ACTIVATE BURN UNIT. BIOTEL CONSULTED ON FLUID RESUCITATION AND PAIN MANAGEMENT. BIOTEL ADVISED TO BEGIN FLUIDS AT RATE OF 680 / HR AND TO GIVE PT 100 MCG OF FENTANYL. FLUID BOLUS STARTED AND 100MCG OF FENTANYL GIVEN. PT RELATES RELIEF POST FENTANYL.

EN ROUTE TO HOSPITAL PT REMAINED AO X 3. PRIOR TO ARRIVING AT HOSPITAL PT RESPIRATIONS BECAME STRIDOROUS AND PT RELATED INCREASED DIFFICULTY BREATHING. UPON ARRIVAL AT HOSPITAL PT MOVED INTO ER ON COT. PT SHOES GIVEN TO GARLAND OFFICER WHO FOLLOWED A8 TO HOSPITAL. PT TAKEN TO TRAUMA ROOM AND REPORT GIVEN TO HOSPITAL STAFF. HOSPITAL STAFF ASSUMED PT CARE. SIGNATURE FROM ER STAFF WAS NOT OBTAINED. A8 GATHERED EQUIPMENT AND CLEARED HOSPITAL.

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| Trauma Registry ID: | | Pat ID Band/Tag #: | |
| PD Case Number: | | Fire Inc Report #: | |
| **Protective equip used** | Gloves | | |
| **Required Report Cond** | No | | |
| **Review Requested** | No | | |

### HIPAA

no signatures entered

# Garland Fire Department

1500 HWY 66
GARLAND, Dallas, TX, 75040
(972) 781-7100 Ext.

NPI: 1750323556
EMS Agency Number: 57060

| Run Number: | 1208296 |
|---|---|
| Incident Number: | 1208296 |
| Date of Service: | 05/20/2012 |
| Patient Name: | NANCY HARRIS |

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 05/20/2012 08:33 | Accept Treatment and Transport | Self - HARRIS, NANCY | Patient Condition |

I acknowledgement that I, NANCY HARRIS have been advised by CREWS, WILLIAM "BILL", PEREZ, JOHN of the need for emergency transportation and/or treatment. I, NANCY HARRIS, accept the transportation and/or treatment offered and by my signature, do so acknowledge.

I also acknowledge that I have been informed of Garland Fire Department's Notice of Privacy Practices.

| 05/20/2012 08:55 | Facility Acceptance | ER Staff - | Other |
|---|---|---|---|

## CREW INFORMATION

Start Date/Time :     05/20/2012 07:00

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| 3715 | CREWS, WILLIAM "BILL" | 6365 | PEREZ, JOHN |

X _____

47

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 34

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
34

48

1

2

3

4

5

6

7

8

9

10                 State's Exhibit Number 35

11                       Photograph

12                    (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
35

49

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 36

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
36

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 37

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
37

1
2
3
4
5
6
7
8
9
10                    State's Exhibit Number 38
11                    Mat from front of store
12                      (Physical Evidence)
13                      (Copy Not Attached)
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 39

11        Burned cloth from sidewalk in front of store

12                    (Physical Evidence)

13                    (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                     State's Exhibit Number 40
11                           Photograph
12                         (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25
```