

STATE'S
EXHIBIT
40

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 41

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 42

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 43

11                            Photograph

12                         (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 44

11                      Piece of candy

12                    (Physical Evidence)

13                    (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 45

11                      Piece of candy

12                    (Physical Evidence)

13                    (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 46

11                        Piece of candy

12                      (Physical Evidence)

13                      (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 47

11                    Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
4
PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 48

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT 48

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 49

11                           Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT 49

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                  State's Exhibit Number 50

11                        Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10                   State's Exhibit Number 51

11                        Photograph

12                     (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
51
PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 52

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT
52
PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 53

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
53

PENGAD 800-531-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 54

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
54

PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 55

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
55

1

2

3

4

5

6

7

8

9

10                 State's Exhibit Number 56

11                      Photograph

12                   (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
56
PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 57

11                        Google Earth Photograph

12                          (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT 57



1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 58

11                    Photograph

12                 (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
58

PENGAD 800-631-6989



```
 1

 2

 3

 4

 5

 6
                              .
 7

 8

 9

10                State's Exhibit Number 59

11             Purple Lighter found on Defendant

12                  (Physical Evidence)

13                  (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 60

11            Red Lighter found on Defendant

12                  (Physical Evidence)

13                  (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 61

11                    Keys found on Defendant

12                       (Physical Evidence)

13                       (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 62

11                 Lineup Instructions

12                   (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



## GARLAND POLICE DEPARTMENT

## PHOTOGRAPHIC LINE-UP ADMONITION FORM

### SERVICE NUMBER _12 RO11171_

You are about to be shown a group of photographs or individuals. This group of individuals may or may not contain the person who committed the crime. If you do not recognize anyone, inform the detective.

Individuals present in the photographs may not appear exactly as they did on the date of the crime. Hairstyles, facial hair, complexions, clothing and other markings may have changed. When viewing the photographs, tell me if you recognize someone and if so, tell me why.

I have read or been advised of the above set of instructions and I do fully understand them.

Signature of person viewing the photo line-up: _Lawrence E Dixon_

Date: _5/20/12_    Time: _2:55 PM_

Identification results:    Positive ID of Suspect: _2_    Positive ID of Non-Suspect: _____

Tentative ID of Suspect: _____    No ID made: _____

Witness comments:

_Round Face  Although  no Facial hair._

If identification is made, what position (number) was the photograph in: _____

Location where Line-Up was presented: _1891 Forest_

Individual showing the Line-Up: _David E Landis_    Badge #: _2776_

**STATE'S EXHIBIT**
62

1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 63

11                            Photo Lineup

12                          (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
63

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 64

11                    Google Earth Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
64

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 65

11                   Google Earth Photograph

12                     (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



706 Colonial Dr., Garland, TX

STATE'S
EXHIBIT
65

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 66

11                    Google Earth Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



608 Mt Vernon Pl, Garland TX

PENGAD 800-631-6989

STATE'S
EXHIBIT
66

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 67

11                     Google Earth Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
67

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 68

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
68

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 69

11                         Photograph

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 70

11                      Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
70

PENGAD 800-631-6969



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 71

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

**STATE'S
EXHIBIT
71**

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 72

11                         Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
72

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 73

11                           Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
73



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    State's Exhibit Number 74

11        Envelope containing Cigarette found under truck

12                      (Physical Evidence)

13                      (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 75

11           Envelope containing Cigarette found near hose

12                          (Physical Evidence)

13                          (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                         State's Exhibit Number 76

11           Envelope containing Cigarette found in grass

12                         (Physical Evidence)

13                         (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 77

11          Bag that formerly contained white T-shirt

12                      (Physical Evidence)

13                      (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 78

11                      Cigarette Package

12                      (Physical Evidence)

13                     (Copy Not Attached)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3

 4

 5

 6

 7

 8

 9              State's Exhibit Number 79

10         Still photo taken from surveillance video

11                  (Copy Attached)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 80

11              Still photo taken from surveillance video

12                            (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989

STATE'S
EXHIBIT
80

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 81

11          Still photo taken from surveillance video

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                      State's Exhibit Number 82

11           Still photo taken from surveillance video

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25