

March 11, 2021

<u>VIA ELECTRONIC MAIL</u>
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

Re:   *Matthew Johnson v. Bobby Lumpkin, Director*
      Civil Action No. 3:19-cv-02310-E

Dear Clerk:

Attached, for Judge Ada Brown, please find State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,


 s/ Garrett Greene
GARRETT GREENE
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

GGW/aeh
Enclosures