IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW JOHNSON,<br> Petitioner, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:19-CV-2310-E <br> (U.S. District Judge Ada Brown) |
| BOBBY LUMPKIN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br> Respondent. | § <br> § <br> § <br> § <br> § | **DEATH PENALTY CASE** |

## RESPONDENT LUMPKIN'S NOTICE OF APPEARANCE OF COUNSEL

This case is a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Matthew Johnson. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Bobby Lumpkin and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/  Stephen M. Hoffman

\* Attorney-in-charge

*STEPHEN M. HOFFMAN
Assistant Attorney General
Texas Bar No. 24048978
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936–1400
Fax: (512) 320–8132
Email: Stephen.Hoffman@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on March 29, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Jeffrey Robert Newberry
University of Houston Law Center
4604 Calhoun Road
Houston, TX 77204-6060
jrnewber@central.uh.edu

&

David R. Dow
University of Houston Law Center
4604 Calhoun Road
Houston, TX 77204-6060
ddow@central.uh.edu

/s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN
Assistant Attorney General